UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
STEVEN S. NOVICK,

                Plaintiff,

      - against -

AXA NETWORK, LLC,

                Defendant.
------------------------------------------------------------x

Case No:
1:07-cv-07767 (AKH)(KNF)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance as counsel in this case for Defendant AXA Network, LLC. Please serve all papers related to this action on the undersigned.

Dated: New York, New York
       September 21, 2007

EPSTEIN BECKER & GREEN, P.C.

By:     s/James G. Murphy
        James G. Murphy, Esq.
250 Park Avenue
New York, New York 10177-1211
(212) 351-4500
jmurphy@ebglaw.com
Attorneys for Defendant

NY:2080945v1