UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
STEVEN S. NOVICK,               :   1:07-cv-07767 (AKH)(KNF)
                                :
              Plaintiff,        :
                                :
       - against -              :
                                :   **STIPULATION AND**
                                :   **ORDER EXTENDING**
AXA NETWORK, LLC,               :   **DEFENDANT'S TIME TO**
                                :   **RESPOND TO COMPLAINT**
                                :
              Defendant.        :
------------------------------------- X

IT IS HEREBY STIPULATED AND AGREED by counsel for the respective parties that Defendant's time to answer, move or otherwise respond to the Complaint shall be extended through and including October 25, 2007.

Dated: September 19, 2007

EPSTEIN BECKER & GREEN, P.C.                 GUSRAE, KAPLAN, BRUNO & NUSBAUM, PLLC

By: _____                   By: _____
    James G. Murphy                              Martin H. Kaplan
    Anna A. Cohen                                Robert L. Herskovits

250 Park Avenue                              120 Wall Street
New York, New York 10177-1211                New York, NY 10005
(212) 351-4847                               (212)-269-1400
jmurphy@ebglaw.com                           mkaplan@gkblaw.com
acohen@ebglaw.com                            rherskovits@gkblaw.com
Attorneys for Defendant                      Attorneys for Plaintiff

SO ORDERED 9/24/07
_____                       Dated: September 24, 2007
Alvin K. Hellerstein, U.S.D.J.

NY:2080190v1