# TABLE OF CONTENTS

## TABLE OF CONTENTS

I.  Affidavit of Jean Solanto in Support of Motion to Dismiss and Compel Arbitration, or Alternative, to Stay Action, sworn to October 25, 2007

**Exhibits To Solanto Affidavit**

Novick Form U-4 .................................................................. Exhibit A

AXA Advisors Compliance Manual ................................................. Exhibit B
(Table of Contents and Sections entitled
"Selling Away" and "Disciplinary Committees")

Novick Registered Representative Agreement
with AXA Advisors and addenda ................................................... Exhibit C

Letter dated October 12, 2006 from Georgette Geller
to Steven Novick "Re: Termination of 14th Edition Agent's
and Registered Representative's Agreements." ..................................... Exhibit D

II. Affidavit of James G. Murphy, Esq. in Support of Motion to Dismiss and Compel Arbitration, or Alternatively, to Stay Action

**Exhibits To Murphy Affidavit**

Complaint titled Steven S. Novick v. AXA Network, LLC,
Case No.: 07 CIV 7767 (AKH)(KNF) ................................................ Exhibit E

Statement of Claim titled Steven S. Novick, Claimant, against
AXA Advisors, LLC, Respondent, FINRA Docket No.: 07-2464 ........................ Exhibit F

Pertinent portions of the NASD Code of Arbitration for Industry Disputes ........ Exhibit G

Novick Uniform Submission Agreement ............................................. Exhibit H
in Steven S. Novick, Claimant, against AXA Advisors, LLC, Respondent
FINRA Docket No.: 07-2464

NASD Notice to Members 01-79 titled
"Selling Away and Outside Business Activities" .................................. Exhibit I