# AFFIDAVIT OF JEAN SOLANTO

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x

STEVEN NOVICK,

                Plaintiff,

       - against -

AXA NETWORK LLC,

                Defendant.

------------------------------------------------x

Case No.:
07 CIV 7767 (AKH)(KNF)

AFFIDAVIT OF
JEAN SOLANTO IN
SUPPORT OF MOTION TO
DISMISS AND COMPEL
ARBITRATION, OR
ALTERNATIVE, TO STAY
ACTION

STATE OF NEW YORK  }
                       } ss.
COUNTY OF NEW YORK }

        JEAN SOLANTO, being duly sworn, deposes and says:

        1.     I am employed by AXA Equitable Life Insurance Company ("AXA Equitable") in the position of Senior Legal Assistant. I have held this position since 2004. I make this affidavit in support of AXA Network's motion to dismiss and compel arbitration, or alternatively, to stay this action, based on my own personal knowledge and review of company records. AXA Equitable is affiliated with AXA Network, LLC and AXA Advisors, LLC.

        2.     Annexed as Exhibit A is a true and correct copy of Plaintiff Steven Novick Form U-4 (personal information has been redacted) that was submitted in 2002 to the National Association of Securities Dealers ("NASD") in connection with his registration as a representative of AXA Advisors, LLC with the NASD.

        3.     Annexed as Exhibit B is a true and correct copy of the table of contents and sections entitled "Selling Away" and "Disciplinary Committees" of AXA Advisors Compliance Manual that was in effect throughout October 2006.

4. Annexed hereto as Exhibit C is a true and correct copy of Steven Novick's Registered Representative Agreement with AXA Advisors signed as of November 12, 2002 and various addenda thereto.

5. Annexed hereto as Exhibit D is a true and correct copy of the letter dated October 12, 2006 from Georgette Geller to Steven Novick "Re: Termination of 14th Edition Agent's and Registered Representative's Agreements."

_____
JEAN SOLANTO

Sworn to before me this
25th day of October, 2007

_____
Notary Public

RUSSELL A. DIVAK
NOTARY PUBLIC, State of New York
No. 02DI5017233
Qualified in New York County
Commission Expires August 30, 2009

239186

2