# EXHIBIT A

# FORM U-4
# UNIFORM APPLICATION FOR SECURITIES INDUSTRY REGISTRATION OR TRANSFER

U4 RELICENSE
12/16/2002

Rev. Form U-4 (03/2002)

## 1. GENERAL INFORMATION

| First Name: | Middle Name: | Last Name: | Suffix: |
|---|---|---|---|
| STEVEN | SCOTT | NOVICK | |

| Firm CRD #: | Firm Name: | Employment Date (MM/DD/YYYY): | CRD Branch #: |
|---|---|---|---|
| 6627 | AXA ADVISORS, LLC | 12/16/2002 | 87 |

| Firm Billing Code: | Individual CRD #: | Individual SSN: | |
|---|---|---|---|
| MNB-583 | 2187676 | REDACTED | |

**Office of Employment Address Street 1:** 1633 BROADWAY 3RD FL
**Office of Employment Address Street 2:**

| City: | State: | Country: | Postal Code: |
|---|---|---|---|
| NEW YORK | New York | | 10019 |

**Private Residence Check Box:**
If the Office of Employment address is a private residence, check this box. ☐

Rev. Form U-4 (03/2002)

## 2. FINGERPRINT INFORMATION

Electronic Filing Representation
⦿ By selecting this option, I represent that I am submitting or promptly will submit to the appropriate *SRO* a fingerprint card as required under applicable *SRO* rules.
   Fingerprint card barcode

Exceptions to the Fingerprint Requirement
○ By selecting this option, I affirm that:
   - I have been employed continuously by the *filing firm* in an unregistered capacity since the last submission of a fingerprint card; or
   - I am exempt from the fingerprint requirement because I meet one or more of the exemptions established by Rule 17f-2 under the Securities Exchange Act of 1934.

Investment Adviser Representative Only Applicants
○ I affirm that I am applying only as an investment adviser representative and that I am not also applying or have not also applied to become a broker-dealer representative. If this radio button/box is selected, continue below.
   ○ I am applying for registration only in *jurisdictions* that do not have fingerprint card filing requirements, or
   ○ I am applying for registration in *jurisdictions* that have fingerprint card filing requirements and I am submitting the appropriate fingerprint card directly to the *jurisdictions* for processing.

https://filing.crd.nasdr.com/FRMa/u4u5/CRD_FRM_U4U5ViewHist.asp?FR=0&RefNum..  12/16/2002

Rev. Form U-4 (03/2002)

| 3. REGISTRATIONS WITH UNAFFILIATED FIRMS |
|---|

Some *jurisdictions* prohibit "dual registration," which occurs when an individual chooses to maintain a concurrent registration as a representative/agent with two or more *firms* (either BD or IA *firms*) that are not affiliated. *Jurisdictions* that prohibit dual registration would not, for example, permit a broker-dealer agent working with brokerage *firm* A to maintain a registration with brokerage *firm* B if *firms* A and B are not owned or controlled by a common parent. Before seeking a dual registration status, you should consult the applicable rules or statutes of the *jurisdictions* with which you seek registration for prohibitions on dual registrations or any liability provisions.

Please indicate whether the individual will maintain a "dual registration" status by answering the questions in this section. (Note: An individual should answer 'yes' only if the individual is currently registered and is seeking registration with a *firm* (either BD or IA) that is not affiliated with the individual's current employing *firm*. If this is an initial application, an individual must answer 'no' to these questions; a "dual registration" may be initiated only after an initial registration has been established).

Answer "yes" or "no" to the following questions:                                    Yes   No

**A.** Will *applicant* maintain registration with a broker-dealer that is not *affiliated* with    ○     ●
the *filing firm*? If you answer "yes," list the *firm*(s) in Section 12 (Employment
History).

**B.** Will *applicant* maintain registration with an investment adviser that is not *affiliated*    ○     ●
with the *filing firm*? If you answer "yes," list the *firm*(s) in Section 12 (Employment
History).

---

Rev. Form U-4 (03/2002)

| 4. SRO REGISTRATIONS |
|---|

**Check appropriate *SRO* Registration requests.**
**Qualifying examinations will be automatically scheduled if needed. If you are only scheduling or re-scheduling an exam, skip this section and complete Section 7 (EXAMINATION REQUESTS).**

| REGISTRATION CATEGORY | NASD | NYSE | AMEX | BSE | CSE | PCX | CBOE | CHX | PHLX | ISE |
|---|---|---|---|---|---|---|---|---|---|---|
| OP - Registered Options Principal (S4) | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| IR - Investment Company and Variable Contracts Products Rep. (S6) | ☐ | ☐ | | ☐ | | | | | | |
| GS - Full Registration/General Securities Representative (S7) | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| TR - Securities Trader (S7) | | ☐ | ☐ | | ☐ | | | | | |
| TS - Trading Supervisor (S7) | | ☐ | ☐ | | ☐ | | | | | |
| SU - General Securities Sales Supervisor (S9 and S10) | ☐ | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |
| BM - Branch Office Manager (S9 and S10) | | ☐ | ☐ | | | | | | | |


| Registration | NASD | NYSE | AMEX | BSE | CSE | PCX | CBOE | CHX | PHLX | ISE |
|---|---|---|---|---|---|---|---|---|---|---|
| SM - Securities Manager (S12) |  | ☐ |  |  |  |  |  |  |  |  |
| AR - Assistant Representative/Order Processing (S11) | ☐ |  |  |  | ☐ |  |  | ☐ |  |  |
| **REGISTRATION CATEGORY** | NASD | NYSE | AMEX | BSE | CSE | PCX | CBOE | CHX | PHLX | ISE |
| IE - United Kingdom - Limited General Securities Registered Representative (S17) | ☐ | ☐ | ☐ |  |  | ☐ | ☐ |  | ☐ |  |
| DR - Direct Participation Program Representative (S22) | ☐ | ☐ |  |  | ☐ |  |  | ☐ |  |  |
| GP - General Securities Principal (S24) | ☐ |  |  | ☐ | ☐ |  |  | ☐ |  |  |
| IP - Investment Company and Variable Contracts Products Principal (S26) | ☐ |  |  |  | ☐ |  |  |  |  |  |
| FA - Foreign Associate | ☐ |  |  |  |  |  |  |  |  |  |
| FN - Financial and Operations Principal (S27) | ☐ |  |  | ☐ | ☐ |  | ☐ | ☐ |  |  |
| FI - Introducing Broker-Dealer/Financial and Operations Principal (S28) | ☐ |  |  |  | ☐ |  |  | ☐ |  |  |
| DP - Direct Participation Program Principal (S39) | ☐ |  |  |  | ☐ |  |  | ☐ |  |  |
| OR - Options Representative (S42) | ☐ |  |  | ☐ |  |  |  | ☐ |  |  |
| **REGISTRATION CATEGORY** | NASD | NYSE | AMEX | BSE | CSE | PCX | CBOE | CHX | PHLX | ISE |
| MR - Municipal Securities Representative (S52) | ☐ | ☐ |  |  | ☐ |  |  | ☐ |  |  |
| MP - Municipal Securities Principal (S53) | ☐ |  |  |  | ☐ |  |  | ☐ |  |  |
| CS - Corporate Securities Representative (S62) | ☐ |  |  |  | ☐ |  |  | ☐ |  |  |
| RG - Government Securities Representative (S72) | ☐ |  |  |  |  |  |  |  |  |  |
| PG - Government Securities Principal (S73) | ☐ |  |  |  |  |  |  |  |  |  |
| SA - Supervisory Analyst (S16) |  | ☐ |  |  |  |  |  |  |  |  |
| PR - Limited Representative - Private Securities Offerings (S82) | ☐ |  |  |  |  |  |  |  |  |  |
| CD - Canada-Limited General Securities Registered Representative (S37) | ☐ | ☐ |  |  |  |  | ☐ |  |  |  |
| CN - Canada-Limited General Securities Registered Representative (S38) | ☐ | ☐ |  |  |  |  | ☐ |  |  |  |
| **REGISTRATION CATEGORY** | NASD | NYSE | AMEX | BSE | CSE | PCX | CBOE | CHX | PHLX | ISE |
| ET - Equity Trader (S55) | ☐ |  |  |  | ☐ |  |  |  |  |  |
| AM - Allied Member |  | ☐ | ☐ |  |  |  |  |  |  |  |
| AP - Approved Person |  | ☐ | ☐ |  |  |  |  |  |  |  |
| LE - Securities Lending Representative |  | ☐ |  |  |  |  |  |  |  |  |
| LS - Securities Lending Supervisor |  | ☐ |  |  |  |  |  |  |  |  |

| REGISTRATION CATEGORY | NASD | NYSE | AMEX | BSE | CSE | PCX | CBOE | CHX | PHLX | ISE |
|---|---|---|---|---|---|---|---|---|---|---|
| ME - Member Exchange | | ☐ | ☐ | ☐ | ☐ | | | | | |
| FE - Floor Employee | | ☐ | ☐ | ☐ | ☐ | | | | | |
| OF - Officer | | ☐ | | ☐ | | | | | | |
| CO - Compliance Official (S14) | | ☐ | | | | | | | | |
| REGISTRATION CATEGORY | NASD | NYSE | AMEX | BSE | CSE | PCX | CBOE | CHX | PHLX | ISE |
| CF - Compliance Official Specialist (S14A) | | ☐ | | | | | | | | |
| PM - Floor Member Conducting Public Business | | ☐ | ☐ | | | | | | | |
| PC - Floor Clerk Conducting Public Business | | ☐ | ☐ | | | | | | | |
| SC - Specialist Clerk (S21) | | ☐ | | | | | | | | |
| TA - Trading Assistant (S25) | | ☐ | | | | | | | | |
| SF - Single Stock Futures (S43) | ☐ | | | | | | | | | |
| FP - Municipal Fund (S51) | ☐ | | | | | | | | | |
| IF - In-Firm Delivery Proctor | ☐ | | | | | | | | | |
| Other _____ (Paper Form Only) | | | | | | | | | | |

Rev. Form U-4 (03/2002)

## 5. JURISDICTION REGISTRATION

**Check appropriate *jurisdiction(s)* for AG (Broker-Dealer Agent) and/or RA (Investment Adviser Representative) registration requests.**

| JURISDICTION | AG | RA | JURISDICTION | AG | RA | JURISDICTION | AG | RA | JURISDICTION | AG | RA |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Alabama | ☐ | ☐ | Illinois | ☐ | ☐ | Montana | ☐ | ☐ | Puerto Rico | ☐ | ☐ |
| Alaska | ☐ | ☐ | Indiana | ☐ | ☐ | Nebraska | ☐ | ☐ | Rhode Island | ☐ | ☐ |
| Arizona | ☐ | ☐ | Iowa | ☐ | ☐ | Nevada | ☐ | ☐ | South Carolina | ☐ | ☐ |
| Arkansas | ☐ | ☐ | Kansas | ☐ | ☐ | New Hampshire | ☐ | ☐ | South Dakota | ☐ | ☐ |
| California | ☐ | ☐ | Kentucky | ☐ | ☐ | New Jersey | ☐ | ☐ | | | |
| Colorado | ☐ | ☐ | Louisiana | ☐ | ☐ | New Mexico | ☐ | ☐ | Tennessee | ☐ | ☐ |
| Connecticut | ☑ | ☐ | Maine | ☐ | ☐ | New York | ☐ | ☐ | Texas | ☐ | ☐ |
| Delaware | ☐ | ☐ | Maryland | ☐ | ☐ | North Carolina | ☐ | ☐ | Utah | ☐ | ☐ |
| District of Columbia | ☐ | ☐ | Massachusetts | ☐ | ☐ | North Dakota | ☐ | ☐ | Vermont | ☐ | ☐ |
| | | | Michigan | ☐ | ☐ | Ohio | ☐ | ☐ | Virginia | ☐ | ☐ |
| Florida | ☐ | ☐ | Minnesota | ☐ | ☐ | Oklahoma | ☐ | ☐ | Washington | ☐ | ☐ |
| Georgia | ☐ | ☐ | Mississippi | ☐ | ☐ | Oregon | ☐ | ☐ | West Virginia | ☐ | ☐ |
| Hawaii | ☐ | ☐ | Missouri | ☐ | ☐ | Pennsylvania | ☐ | ☐ | Wisconsin | ☐ | ☐ |
| Idaho | ☐ | ☐ | | | | | | | Wyoming | ☐ | ☐ |

**AGENT OF THE ISSUER TERMINATION (AI)** ☐ Indicate 2 letter *jurisdiction* code (s):_____

Rev. Form U-4 (03/2002)

## 6. REGISTRATION REQUESTS WITH AFFILIATED FIRMS

Will *applicant* maintain registration with *firm*(s) under common ownership or control with the *filing firm*?
If "yes", fill in the details to indicate a request for registration with additional *firm*(s).

○ Yes   ⦿ No

No Information Filed

Rev. Form U-4 (03/2002)

## 7. EXAMINATION REQUESTS

**Scheduling or Rescheduling Examinations** Complete this section only if you are scheduling or rescheduling an examination or continuing education session. Do **not** select the Series 63 or 65 examinations in this section if you have completed Section 5 (JURISDICTION REGISTRATION) and have selected registration in a *jurisdiction*. If you have completed Section 5 (JURISDICTION REGISTRATION), and requested a Broker Dealer Agent (AG) registration in a *jurisdiction* that requires that you pass the Series 63 examination, a Series 63 examination will be automatically scheduled for you upon submission of this Form U-4. If you have completed Section 5 (JURISDICTION REGISTRATION), and requested an Investment Adviser Representative (RA) registration in a *jurisdiction* that requires that you pass the Series 65 examination, a Series 65 examination will be automatically scheduled for you upon submission of this Form U-4.

| ☐ S3 | ☐ S11 | ☐ S22 | ☐ S32 | ☐ S51 | ☐ S72 |
| ☐ S4 | ☐ S12 | ☐ S24 | ☐ S33 | ☐ S52 | ☐ S73 |
| ☐ S5 | ☐ S14 | ☐ S25 | ☐ S37 | ☐ S53 | ☐ S82 |
| ☐ S6 | ☐ S14A | ☐ S26 | ☐ S38 | ☐ S55 | ☐ S101 |
| ☐ S7 | ☐ S15 | ☐ S27 | ☐ S39 | ☐ S62 | ☐ S106 |
| ☐ S7A | ☐ S16 | ☐ S28 | ☐ S42 | ☐ S63 | ☐ S201 |
| ☐ S9 | ☐ S17 | ☐ S30 | ☐ S43 | ☐ S65 | |
| ☐ S10 | ☐ S21 | ☐ S31 | | ☐ S66 | |

Other _____ (Paper Form Only)

OPTIONAL: Foreign Exam City _____   Date (MM/DD/YYYY) _____

Rev. Form U-4 (03/2002)

## 8. PROFESSIONAL DESIGNATIONS

Select each designation you currently maintain.

☐ **Certified Financial Planner**

☐ **Chartered Financial Consultant (ChFC)**

☐ **Personal Financial Specialist (PFS)**

☐ **Chartered Financial Analyst (CFA)**

☐ **Chartered Investment Counselor (CIC)**

Rev. Form U-4 (03/2002)

## 9. IDENTIFYING INFORMATION/NAME CHANGE

| First Name: | Middle Name: | Last Name: |
|---|---|---|
| STEVEN | SCOTT | NOVICK |
| Suffix: | Date of Birth (MM/DD/YYYY) | |
| | REDACTED | |
| State/Province of Birth | Country of Birth | Sex |
| NEW YORK | UNITED STATES | ⦿ Male ○ Female |
| Height (ft) | Height (in) | Weight (lbs) |
| 5 | 8 | 185 |
| Hair Color | Eye Color | |
| BROWN | BROWN | |

Rev. Form U-4 (03/2002)

## 10. OTHER NAMES

No Information Filed

Rev. Form U-4 (03/2002)

## 11. RESIDENTIAL HISTORY

Starting with the current address, give all addresses for the past 5 years. Report changes as they occur.

| From | To | Street | City | State | Country | Postal Code |
|---|---|---|---|---|---|---|
| 05/2000 | PRESENT | REDACTED | REDACTED | | | 06840 |
| 01/1997 | 05/2000 | REDACTED | REDACTED | | | 06840 |
| 04/1996 | 12/1996 | REDACTED | REDACTED | | | 10028 |
| 03/1991 | 04/1996 | REDACTED | REDACTED | | | 10028 |

Rev. Form U-4 (03/2002)

## 12. EMPLOYMENT HISTORY

Provide complete employment history for the past 10 years. Include the firm(s) noted in Section 1 (GENERAL INFORMATION) and Section 6 (REGISTRATION REQUESTS WITH AFFILIATED FIRMS). Include all firm(s) from Section 3 (REGISTRATION WITH UNAFFILIATED FIRMS). Account for all time including full and part-time employments, self employment, military service, and homemaking. Also include statuses such as unemployed, full-time education, extended travel, or other similar statuses.
Report changes as they occur.

| From | To | Name of Firm or Company | Investment-Related business? | City | State | Country | Position |
|---|---|---|---|---|---|---|---|
| 12/2002 | | AXA ADVISORS | ⦿ Yes ○ No | NEW YORK | NY | | FINANCIAL ADVISOR |
| 07/2000 | 12/2002 | DEAN WITTER REYNOLDS | ⦿ Yes ○ No | DARIEN | CT | UNITED STATES | SENIOR VICE PRESENT |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 04/1995 | 07/2000 | PAINEWEBBER INCORPORATED | ⦿ Yes ○ No | DARIEN | CT | | UNKNCONV |
| 12/1991 | 04/1995 | MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED | ⦿ Yes ○ No | NEW YORK | NY | | UNKNCONV |
| 09/1991 | 12/1991 | UNEMPLOYED | ○ Yes ⦿ No | NEW YORK | NY | | UNEMPLOYED - UNEMPLOYED |
| 09/1990 | 09/1991 | MARX REALTY & IMPROVEMENT CO. | ○ Yes ⦿ No | NEW YORK | NY | | OTHER - ASSISTANT V.P. |
| 06/1989 | 09/1990 | GOODSTEIN DEVELOPMENT CO. | ○ Yes ⦿ No | NEW YORK | NY | | OTHER - PRESIDENT'S ASSISTANT |

Rev. Form U-4 (03/2002)

### 13. OTHER BUSINESS

Are you currently engaged in any other business either as a proprietor, partner, officer, director, employee, trustee, agent or otherwise? (Please exclude non *investment-related* activity which is exclusively charitable, civic, religious or fraternal and is recognized as tax exempt.) If YES, please provide the following details: the name of the other business, whether the business is *investment-related*, the address of the other business, the nature of the other business, your position, title, or relationship with the other business, the start date of your relationship, the approximate number of hours/month you devote to the other business, the number of hours you devote to the other business during securities trading hours, and briefly describe your duties relating to the other business.

○ Yes ⦿ No

Rev. Form U-4 (03/2002)

### 14. DISCLOSURE QUESTIONS

IF THE ANSWER TO ANY OF THE FOLLOWING QUESTIONS IS 'YES', COMPLETE DETAILS OF ALL EVENTS OR PROCEEDINGS ON APPROPRIATE DRP(S)

REFER TO THE EXPLANATION OF TERMS SECTION OF FORM U-4 INSTRUCTIONS FOR EXPLANATIONS OF ITALICIZED TERMS.

#### Criminal Disclosure

**14A. (1) Have you ever:**                                                    YES NO
    (a) been convicted of or pled guilty or nolo contendere ("no contest") in a domestic, foreign, or military court to any *felony*?   ○ ⦿
    (b) been *charged* with any *felony*?   ○ ⦿

**(2) Based upon activities that occurred while you exercised *control* over it, has an organization ever:**
    (a) been convicted of or pled guilty or nolo contendere ('no contest') in a domestic or foreign court to any *felony*?   ○ ⦿
    (b) been *charged* with any *felony*?   ○ ⦿

**14B. (1) Have you ever:**

|  |  | YES | NO |
|---|---|---|---|
| (a) | been convicted of or pled guilty or nolo contendere ("no contest") in a domestic, foreign or military court to a *misdemeanor involving:* investments or an *investment-related* business or any fraud, false statements or omissions, wrongful taking of property, bribery, perjury, forgery, counterfeiting, extortion, or a conspiracy to commit any of these offenses? | ○ | ⦿ |
| (b) | been *charged* with a *misdemeanor* specified in 14B(1)(a)? | ○ | ⦿ |

**(2) Based upon activities that occurred while you exercised *control* over it, has an organization ever:**

| | | | |
|---|---|---|---|
| (a) | been convicted of or pled guilty or nolo contendere ("no contest") in a domestic or foreign court to a *misdemeanor* specified in 14B(1)(a)? | ○ | ⦿ |
| (b) | been *charged* with a *misdemeanor* specified in 14B(1)(a)? | ○ | ⦿ |

### Regulatory Disciplinary Actions

**14C. Has the U.S. Securities and Exchange Commission or the Commodity Futures Trading Commission ever:**

|  |  | YES | NO |
|---|---|---|---|
| (1) | *found* you to have made a false statement or omission? | ○ | ⦿ |
| (2) | *found* you to have been *involved* in a violation of its regulations or statutes? | ○ | ⦿ |
| (3) | *found* you to have been a cause of an *investment-related* business having its authorization to do business denied, suspended, revoked, or restricted? | ○ | ⦿ |
| (4) | entered an *order* against you in connection with *investment-related* activity? | ○ | ⦿ |
| (5) | imposed a civil money penalty on you, or *ordered* you to cease and desist from any activity? | ○ | ⦿ |

**14D. Has any other Federal regulatory agency or any state regulatory agency or *foreign financial regulatory authority* ever:**

|  |  | | |
|---|---|---|---|
| (1) | *found* you to have made a false statement or omission or been dishonest, unfair or unethical? | ○ | ⦿ |
| (2) | *found* you to have been *involved* in a violation of *investment-related* regulation(s) or statute(s)? | ○ | ⦿ |
| (3) | *found* you to have been a cause of an *investment-related* business having its authorization to do business denied, suspended, revoked or restricted? | ○ | ⦿ |
| (4) | entered an *order* against you in connection with an *investment-related* activity? | ○ | ⦿ |
| (5) | denied, suspended, or revoked your registration or license or otherwise, by *order*, prevented you from associating with an *investment-related* business or restricted your activities? | ○ | ⦿ |

**14E. Has any *self-regulatory organization* or commodities exchange ever:**

|  |  | | |
|---|---|---|---|
| (1) | *found* you to have made a false statement or omission? | ○ | ⦿ |
| (2) | *found* you to have been *involved* in a violation of its rules (other than a violation designated as a *"minor rule violation"* under a plan approved by the U.S. Securities and Exchange Commission)? | ○ | ⦿ |
| (3) | *found* you to have been the cause of an *investment-related* business having its authorization to do business denied, suspended, revoked or restricted? | ○ | ⦿ |
| (4) | disciplined you by expelling or suspending you from membership, barring or suspending your association with its members, or restricting your activities? | ○ | ⦿ |

**14F. Has your authorization to act as an attorney, accountant or federal contractor ever been revoked or suspended?**     ○   ⦿

**14G. Have you been notified, in writing, that you are now the subject of any:**

(1) *regulatory complaint* or *proceeding* that could result in a "yes" answer to any part of 14C, D or E? *(If yes, complete the Regulatory Action Disclosure Reporting Page.)* — ○ ◉

(2) *investigation* that could result in a "yes" answer to any part of 14A, B, C, D or E? *(If yes, complete the Investigation Disclosure Reporting Page.)* — ○ ◉

### Civil Judicial Actions

**14H. (1) Has any domestic or foreign court ever:**　　YES NO

(a) *enjoined* you in connection with any *investment-related* activity? — ○ ◉

(b) *found* that you were *involved* in a violation of any *investment-related* statute(s) or regulation(s)? — ○ ◉

(c) dismissed, pursuant to a settlement agreement, an *investment-related* civil action brought against you by a state or *foreign financial regulatory authority*? — ○ ◉

**(2) Are you named in any pending *investment-related* civil action that could result in a "yes" answer to any part of 14H(1)?** — ○ ◉

### Customer Complaints

**14I. (1) Have you ever been named as a respondent/defendant in an *investment-related*, consumer-initiated arbitration or civil litigation which alleged that you were *involved* in one or more *sales practice violations* and which:**　　YES NO

(a) is still pending, or; — ○ ◉

(b) resulted in an arbitration award or civil judgment against you, regardless of amount, or; — ○ ◉

(c) was settled for an amount of $10,000 or more? — ○ ◉

**(2) Have you ever been the subject of an *investment-related*, consumer-initiated complaint, not otherwise reported under question 14I(1) above, which alleged that you were *involved* in one or more *sales practice violations*, and which complaint was settled for an amount of $10,000 or more?** — ○ ◉

**(3) Within the past twenty four (24) months, have you been the subject of an *investment-related*, consumer-initiated, written complaint, not otherwise reported under question 14I(1) or (2) above, which:**

(a) alleged that you were *involved* in one or more *sales practice violations* and contained a claim for compensatory damages of $5,000 or more (if no damage amount is alleged, the complaint must be reported unless the firm has made a good faith determination that the damages from the alleged conduct would be less than $5,000), or; — ◉ ○

(b) alleged that you were *involved* in forgery, theft, misappropriation or conversion of funds or securities? — ○ ◉

### Terminations

**14J. Have you ever voluntarily *resigned*, been discharged or permitted to *resign* after allegations were made that accused you of:**　　YES NO

(1) violating *investment-related* statutes, regulations, rules, or industry standards of conduct? — ○ ◉

(2) fraud or the wrongful taking of property? — ○ ◉

|   |   | YES | NO |
|---|---|---|---|
| (3) failure to supervise in connection with *investment-related* statutes, regulations, rules or industry standards of conduct? | | ○ | ◉ |
| **Financial** | | | |
| **14K. Within the past 10 years:** | | **YES** | **NO** |
| (1) have you made a compromise with creditors, filed a bankruptcy petition or been the subject of an involuntary bankruptcy petition? | | ○ | ◉ |
| (2) based upon events that occurred while you exercised *control* over it, has an organization made a compromise with creditors, filed a bankruptcy petition or been the subject of an involuntary bankruptcy petition? | | ○ | ◉ |
| (3) based upon events that occurred while you exercised *control* over it, has a broker or dealer been the subject of an involuntary bankruptcy petition, or had a trustee appointed, or had a direct payment procedure initiated under the Securities Investor Protection Act? | | ○ | ◉ |
| **14L.** Has a bonding company ever denied, paid out on, or revoked a bond for you? | | ○ | ◉ |
| **14M.** Do you have any unsatisfied judgments or liens against you? | | ○ | ◉ |

Rev. Form U-4 (03/2002)

### 15. SIGNATURE SECTION

Please Read Carefully

All signatures required on this Form U-4 filing must be made in this section.

A "signature" includes a manual signature or an electronically transmitted equivalent. For purposes of an electronic form filing, a signature is effected by typing a name in the designated signature field. By typing a name in this field, the signatory acknowledges and represents that the entry constitutes in every way, use, or aspect, his or her legally binding signature.

| | | |
|---|---|---|
| 15A | INDIVIDUAL/APPLICANT'S ACKNOWLEDGMENT AND CONSENT | |
| | This section must be completed on all initial or Temporary Registration form filings. | |
| 15B | FIRM/APPROPRIATE SIGNATORY REPRESENTATIONS | |
| | This section must be completed on all initial or Temporary Registration form filings. | |
| 15C | TEMPORARY REGISTRATION ACKNOWLEDGMENT | |
| | This section must be completed on Temporary Registration form filings to be able to receive Temporary registration. | |
| 15D | INDIVIDUAL/APPLICANT'S AMENDMENT ACKNOWLEDGMENT AND CONSENT | |
| | This section must be completed on any amendment filing that amends any information in Section 14 (Disclosure Questions) or any Disclosure Reporting Page (DRP). | |
| 15E | FIRM/APPROPRIATE SIGNATORY AMENDMENT REPRESENTATIONS | |
| | This section must be completed on all amendment form filings. | |
| 15F | FIRM/APPROPRIATE SIGNATORY CONCURRENCE | |
| | This section must be completed to concur with a U4 filing made by another *firm* (IA/BD) on behalf of an individual that is also registered with that other *firm* (IA/BD). | |

### 15A. INDIVIDUAL/APPLICANT'S ACKNOWLEDGMENT AND CONSENT

1. I swear or affirm that I have read and understand the items and instructions on this form and that my answers (including attachments) are true and complete to the best of my knowledge. I understand that I am subject to administrative, civil or criminal penalties if I give false or misleading answers.

2. I apply for registration with the *jurisdictions* and *SROs* indicated in Section 4 (SRO REGISTRATION) and Section 5 (JURISDICTION REGISTRATION) as may be amended from time to time and, in consideration of the *jurisdictions* and *SROs* receiving and considering my application, I submit to the authority of the *jurisdictions* and *SROs* and agree to comply with all provisions, conditions and covenants of the statutes, constitutions, certificates of incorporation, by-laws and rules and regulations of the *jurisdictions* and *SROs* as they are or may be adopted, or amended from time to time. I further agree to be subject to and comply with all requirements, rulings, orders, directives and decisions of, and penalties, prohibitions and limitations imposed by the *jurisdictions* and *SROs*, subject to right of appeal or review as provided by law.

3. I agree that neither the *jurisdictions* or *SROs* nor any person acting on their behalf shall be liable to me for action taken or omitted to be taken in official capacity or in the scope of employment, except as otherwise provided in the statutes, constitutions, certificates of incorporation, by-laws or the rules and regulations of the *jurisdictions* and *SROs*.

4. I authorize the *jurisdictions*, *SROs*, and the *designated entity* to give any information they may have concerning me to any employer or prospective employer, any federal, state or municipal agency, or any other *SRO* and I release the *jurisdictions*, *SROs*, and the *designated entity*, and any person acting on their behalf from any and all liability of whatever nature by reason of furnishing such information.

5. I agree to arbitrate any dispute, claim or controversy that may arise between me and my *firm*, or a customer, or any other person, that is required to be arbitrated under the rules, constitutions, or by-laws of the *SROs* indicated in Section 4 (SRO REGISTRATION) as may be amended from time to time and that any arbitration award rendered against me may be entered as a judgment in any court of competent *jurisdiction*.

6. For the purpose of complying with the laws relating to the offer or sale of securities or commodities or investment advisory activities, I irrevocably appoint the administrator of each *jurisdiction* indicated in Section 5 (JURISDICTION REGISTRATION) as may be amended from time to time, or such other person designated by law, and the successors in such office, my attorney upon whom may be served any notice, process, pleading, subpoena or other document in any action or *proceeding* against me arising out of or in connection with the offer or sale of securities or commodities, or investment advisory activities or out of the violation or alleged violation of the laws of such *jurisdictions*. I consent that any such action or *proceeding* against me may be commenced in any court of competent *jurisdiction* and proper venue by service of process upon the appointee as if I were a resident of, and had been lawfully served with process in the *jurisdiction*. I request that a copy of any notice, process, pleading, subpoena or other document served hereunder be mailed to my current residential address as reflected in this form or any amendment thereto.

7. I consent that the service of any process, pleading, subpoena, or other document in any *investigation* or administrative *proceeding* conducted by the SEC, CFTC or a *jurisdiction* or in any civil action in which the SEC, CFTC or a *jurisdiction* are plaintiffs, or the notice of any *investigation* or *proceeding* by any *SRO* against the *applicant*, may be made by personal service or by regular, registered or certified mail or confirmed telegram to me at my most recent business or home address as reflected in this Form U-4, or any amendment thereto, by leaving such documents or notice at such address, or by any other legally permissible means.

I further stipulate and agree that any civil action or administrative *proceeding* instituted by the SEC, CFTC or a *jurisdiction* may be commenced by the service of process as described

herein, and that service of an administrative subpoena shall be effected by such service, and that service as aforesaid shall be taken and held in all courts and administrative tribunals to be valid and binding as if personal service thereof had been made.

8. I authorize all my employers and any other person to furnish to any *jurisdiction*, *SRO*, *designated entity*, employer, prospective employer, or any agent acting on its behalf, any information they have, including without limitation my creditworthiness, character, ability, business activities, educational background, general reputation, history of my employment and, in the case of former employers, complete reasons for my termination. Moreover, I release each employer, former employer and each other person from any and all liability, of whatever nature, by reason of furnishing any of the above information, including that information reported on the Uniform Termination Notice for Securities Industry Registration (Form U-5). I recognize that I may be the subject of an investigative consumer report and waive any requirement of notification with respect to any investigative consumer report ordered by any *jurisdiction*, *SRO*, *designated entity*, employer, or prospective employer. I understand that I have the right to request complete and accurate disclosure by the *jurisdiction*, *SRO*, *designated entity*, employer or prospective employer of the nature and scope of the requested investigative consumer report.

9. I understand and certify that the representations in this form apply to all employers with whom I seek registration as indicated in Section 1 (GENERAL INFORMATION) or Section 6 (REGISTRATION REQUESTS WITH AFFILIATED FIRMS) of this form. I agree to update this form by causing an amendment to be filed on a timely basis whenever changes occur to answers previously reported. Further, I represent that, to the extent any information previously submitted is not amended, the information provided in this form is currently accurate and complete.

10. I authorize any employer or prospective employer to file electronically on my behalf any information required in this form or any amendment thereto; I certify that I have reviewed and approved the information to be submitted to any *jurisdiction* or *SRO* on this Form U-4 Application; I agree that I will review and approve all disclosure information that will be filed electronically on my behalf; I further agree to waive any objection to the admissibility of the electronically filed records in any criminal, civil, or administrative *proceeding*.

*Applicant* or *applicant*'s agent has typed *applicant*'s name under this section to attest to the completeness and accuracy of this record. The *applicant* recognizes that this typed name constitutes, in every way, use or aspect, his or her legally binding signature.

| Date (MM/DD/YYYY) | Signature of *Applicant* |
|---|---|
| 12/16/2002 | STEVEN SCOTT NOVICK |
| | Signature |

### 15B. FIRM/APPROPRIATE SIGNATORY REPRESENTATIONS

To the best of my knowledge and belief, the *applicant* is currently bonded where required, and, at the time of approval, will be familiar with the statutes, constitution(s), rules and by-laws of the agency, *jurisdiction* or *SRO* with which this application is being filed, and the rules governing registered persons, and will be fully qualified for the position for which application is being made herein. I agree that, notwithstanding the approval of such agency, *jurisdiction* or *SRO* which hereby is requested, I will not employ the *applicant* in the capacity stated herein without first receiving the approval of any authority that may be required by law.

This *firm* has communicated with all of the *applicant*'s previous employers for the past three years and has documentation on file with the names of the persons contacted and the date of contact. In addition, I have taken appropriate steps to verify the accuracy and completeness of the information contained in and with this application.

I have provided the *applicant* an opportunity to review the information contained herein and the *applicant* has approved this information and signed the Form U-4.

| Date (MM/DD/YYYY) | Signature of *Appropriate Signatory* |
|---|---|
| 12/16/2002 | GEMME GUY |
| | Printed Name |

### 15C. TEMPORARY REGISTRATION ACKNOWLEDGMENT

If an *applicant* has been registered in a *jurisdiction* or *self regulatory organization (SRO)* in the 30 days prior to the date an application for registration is filed with the Central Registration Depository or Investment Adviser Registration Depository, he or she may qualify for a Temporary Registration to conduct securities business in that *jurisdiction* or *SRO* if this acknowledgment is executed and filed with the Form U-4 at the *applicant's firm*.

This acknowledgment must be signed only if the *applicant* intends to apply for a Temporary Registration while the application for registration is under review.

I request a Temporary Registration in each *jurisdiction* and/or *SRO* requested on this Form U-4, while my registration with the *jurisdiction*(s) and/or *SRO*(s) requested is under review;

I am requesting a Temporary Registration with the *firm* filing on my behalf for the *jurisdiction*(s) and/or *SRO*(s) noted in Section 4 (SRO REGISTRATION) and/or Section 5 (JURISDICTION REGISTRATION) of this Form U-4;

I understand that I may request a Temporary Registration only in those *jurisdiction*(s) and/or *SRO*(s) in which I have been registered with my prior *firm* within the previous 30 days;

I understand that I may not engage in any securities activities requiring registration in a *jurisdiction* and/or *SRO* until I have received notice from the CRD or IARD that I have been granted a Temporary Registration in that *jurisdiction* and/or *SRO*;

I agree that until the Temporary Registration has been replaced by a registration, any *jurisdiction* and/or *SRO* in which I have applied for registration may withdraw the Temporary Registration;

If a *jurisdiction* or *SRO* withdraws my Temporary Registration, my application will then be held pending in that *jurisdiction* and/or *SRO* until its review is complete and the registration is granted or denied, or the application is withdrawn;

I understand and agree that, in the event my Temporary Registration is withdrawn by a *jurisdiction* and/or *SRO*, I must immediately cease any securities activities requiring a registration in that *jurisdiction* and/or *SRO* until it grants my registration;

I understand that by executing this Acknowledgment I am agreeing not to challenge the withdrawal of a Temporary Registration; however, I do not waive any right I may have in any *jurisdiction* and/or *SRO* with respect to any decision by that *jurisdiction* and/or *SRO* to deny my application for registration.

| Date (MM/DD/YYYY) | Signature of *Applicant* |
|---|---|
| 12/16/2002 | STEVEN SCOTT NOVICK |
| | Printed Name |

Rev. Form U-4 (03/2002)

### CRIMINAL DRP

No Information Filed

Rev. Form U-4 (03/2002)

**REGULATORY ACTION DRP**

No Information Filed

Rev. Form U-4 (03/2002)

**CIVIL JUDICIAL DRP**

No Information Filed

Rev. Form U-4 (03/2002)

**CUSTOMER COMPLAINT DRP**

This Disclosure Reporting Page is an ○ INITIAL OR ⦿ AMENDED response to report details for affirmative response to *Question 14I* on Form U-4;

Check question(s) you are responding to:

**Customer Complaint**

☐ 14I(1)(a)   ☐ 14I(1)(b)   ☐ 14I(1)(c)   ☐ 14I(2)   ☑ 14I(3)(a)   ☐ 14I(3)(b)

One event may result in more than one affirmative answer to the above items. Use only one DRP to report details related to one customer complaint. Use a separate DRP for each customer complaint.

1. Customer Name(s):
   JERRY MARGULIES

2. Customer(s) State of Residence:
   Pennsylvania
   Other state(s) of residence/detail:

3. Employing *Firm* when activities occurred which led to the complaint:
   MORGAN STANLEY DW INC. / UBS PAINEWEBBER

4. Date Complaint was received (MM/DD/YYYY):

   05/29/2002   ○ Exact   ⦿ Explanation

   If not exact, provide explanation:
   COMPLAINT RECEIVED BY FIRM BY EMAIL ON MAY 20, 2002, RECEIVED IN LAW ON MAY 29, 2002.

5. Allegation(s) and a brief summary of events related to the allegation(s) including dates when activities leading to the allegation(s) occurred:
   CUSTOMER ALLEGES THAT, FROM APPROXIMATELY MAY 1998 TO MAY 2002, BROKER RECOMMENDED UNSUITABLE SECURITIES AND FAILED TO ADVISE CLIENT TO LIQUIDATE ALLEGEDLY VOLATILE AS THE MARKET DECLINED. BROKER DENIES ALL ALLEGATIONS OF WRONGDOING AND ASSERTS THAT HE COMPLIED WITH CUSTOMER'S INVESTMENT GOALS AND INSTRUCTIONS.

6. Principal Product Type:
   Equity Listed (Common & Preferred Stock)
   Other Product Types:

7. Alleged Compensatory Damage Amount:                $ 300000.00

8. Is complaint pending? ⦿ Yes   ○ No

9. If the complaint is not pending, provide status:
   If status is settlement, complete questions 11 and 12;
   If status is arbitration/reparation, complete questions 13-19;
   If status is litigation, complete questions 20-27. Complete question 28 for all statuses.

   ☐ Closed/No Action  ☐ Withdrawn  ☐ Denied
   ☐ Settled  ☐ Arbitration/Reparation  ☐ Litigation

10. Status Date (MM/DD/YYYY):
    ○ Exact  ○ Explanation
    If not exact, provide explanation:

11. Settlement Amount (if settled without Arbitration, Litigation or Reparation):  $

12. Individual Contribution Amount:  $

**IF ARBITRATION OR CFTC REPARATION**

13. Arbitration/Reparation claim filed with (NASD, AAA, NYSE, CBOE, CFTC, etc.) and Docket/Case Number:

14. Date notice/process was served (MM/DD/YYYY):
    ○ Exact  ○ Explanation
    If not exact, provide explanation:

15. Is arbitration/reparation pending?  ○ Yes  ○ No

16. If the arbitration is not pending, what was the disposition?

17. Disposition Date (MM/DD/YYYY):
    ○ Exact  ○ Explanation
    If not exact, provide explanation:

18. Amount of Monetary Compensation (award, settlement, reparation amount):  $

19. Individual Contribution Amount:  $

**IF CIVIL LITIGATION**

20. Court that case was filed in (include name of Federal, Military, State or Foreign Court, Location of Court - City or County and State or Country, Docket/Case number).

21. Date notice/process was served (MM/DD/YYYY):
    ○ Exact  ○ Explanation
    If not exact, provide explanation:

22. Is the civil litigation pending?  ○ Yes  ○ No

| |
|---|
| 23. If the civil litigation is not pending, what was the disposition? |
| 24. Disposition Date (MM/DD/YYYY): <br> ○ Exact  ○ Explanation <br> If not exact, provide explanation: |
| 25. Amount of Monetary Compensation (judgment, restitution, settlement amount):  $ |
| 26. Individual Contribution Amount:  $ |
| 27. If the action is currently on appeal enter date appeal filed (MM/DD/YYYY): <br> ○ Exact  ○ Explanation <br> If not exact, provide explanation: |
| 28. Provide details as to dispositions, including any limits or conditions. (Your information must fit within the space provided.) |

Rev. Form U-4 (03/2002)

## TERMINATION DRP

No Information Filed

Rev. Form U-4 (03/2002)

## INVESTIGATION DRP

No Information Filed

Rev. Form U-4 (03/2002)

## BANKRUPTCY/SIPC/COMPROMISE WITH CREDITORS DRP

No Information Filed

Rev. Form U-4 (03/2002)

## BOND DRP

No Information Filed

Rev. Form U-4 (03/2002)

## JUDGMENT LIEN DRP

No Information Filed