# EXHIBIT H

07-2464

FINRA DISPUTE RESOLUTION

| | |
|---|---|
| In the Matter of the Arbitration Between | : |
| | : |
| STEVEN S. NOVICK, | : |
| | : |
| Claimant, | : FINRA Docket |
| | : #_____ |
| -against- | : |
| | : |
| AXA ADVISORS, LLC, | : |
| | : |
| Respondent. | : |

## UNIFORM SUBMISSION AGREEMENT

1. The undersigned party hereby submits the present matter in controversy, as set forth in the attached Statement of Claim, Answers and all related Counterclaims and/or Third-Party claims which may be asserted, to arbitration in accordance with the Constitution, By-Laws, Rules, Regulations and/or Code of Arbitration Procedure of the sponsoring organization.

2. The undersigned party hereby states that it has read the procedures and rules of the sponsoring organization relating to arbitration.

3. The undersigned party agrees that in the event a hearing is necessary, such hearing shall be held at a time and place as may be designated by the Director of Arbitration or the arbitrator(s). The undersigned party further agrees and understands that the arbitration will be conducted in accordance with the Constitution, By-Laws, Rules, Regulations and/or Code of Arbitration Procedure of the sponsoring organization.

4. The undersigned party further agrees to abide by and perform any award(s) rendered pursuant to this Submission Agreement and further agrees that a judgment and any interest due thereon, may be entered upon such award(s) and, for these purposes, the undersigned party hereby voluntarily consents to submit to the jurisdiction of any court of competent jurisdiction which may properly enter such judgment.

- 2 -

5. IN WITNESS HEREOF, the party hereto has signed and acknowledged the foregoing Submission Agreement.

*[signature]*

STEVEN S. NOVICK

Dated: August 23rd, 2007