## CERTIFICATE OF SERVICE

I, James G. Murphy, Esq., hereby certify that on October 25, 2007, I served a true copy of Defendant's Notion Of Motion To Dismiss And To Compel Arbitration, Or Alternatively, To Stay Action and the attachments thereto by ECF and first class mail upon:

Robert L. Herskovits, Esq.
Gusrae, Kaplan, Bruno & Nusbaum PLLC
120 Wall Street
New York, NY 10005

Attorneys for Plaintiff

_____
James G. Murphy
jmurphy@ebglaw.com

NY:139600.1