James G. Murphy, Esq.
Epstein Becker & Green, P.C.
250 Park Avenue
New York, New York  10177
(212) 351-4500
jmurphy@ebglaw.com
Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
STEVEN NOVICK,                            :     **ECF Case**
                                          :
                      Plaintiff,          :     Case No.:
                                          :     07 CIV 7767 (AKH)(KNF)
           - against -                    :
                                          :
                                          :
AXA NETWORK LLC,                          :     RULE 7.1 STATEMENT OF
                                          :     AXA NETWORK, LLC
                      Defendant.          :
                                          :
------------------------------------- x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant AXA Network, LLC ("Defendant"), by its attorneys, Epstein Becker & Green, P.C., provides the following disclosure:

AXA Network, LLC is a wholly owned by AXA Distribution Holding Corp., which is wholly owned by AXA Financial Services, LLC, which in turn is wholly owned by AXA Financial, Inc.  Defendant AXA Financial, Inc. is not an issuer of publicly traded equity securities but is an issuer of publicly traded debt securities.  AXA Financial, Inc. is indirectly, wholly owned by AXA, a *societe anonyme a directoire et conseil de surveillance* (a form of limited liability company) organized under the laws of the Republic of France.  AXA shares are listed on the Paris Stock Exchange and on the SEAQ International in London.  AXA's American

NY:2196810v1

Depositary Shares and American Depositary Receipts are listed on the New York Stock Exchange.

Dated: New York, New York
       October 25, 2007

                                    EPSTEIN BECKER & GREEN, P.C.

                                    By: _____
                                                James G. Murphy

                                    250 Park Avenue
                                    New York, New York 10177-1211
                                    (212) 351-4500
                                    jmurphy@ebglaw.com

                                    Attorneys for Defendant

## CERTIFICATE OF SERVICE

I, James G. Murphy, Esq., hereby certify that on October 25, 2007, I served a true copy of Defendant's Rule 7.1 Statement by ECF and first class mail upon:

Robert L. Herskovits, Esq.
Gusrae, Kaplan, Bruno & Nusbaum PLLC
120 Wall Street
New York, NY 10005

Attorneys for Plaintiff

_____
James G. Murphy
jmurphy@ebglaw.com

xxx