UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STEVEN S. NOVICK,

                Plaintiff,

-against-

AXA NETWORK, LLC,

                Defendant.

---

: ECF Case
: 1:07-cv-7767 (AKH)(KNF)
:
: **STIPULATION AND**
: **ORDER EXTENDING**
: **PLAINTIFF'S TIME TO**
: **RESPOND TO DEFENDANT'S**
: **MOTION TO DISMISS AND**
: **TO COMPEL ARBITRATION,**
: **OR ALTERNATIVELY, TO**
: **STAY ACTION**

IT IS HEREBY STIPULATED AND AGREED by counsel for the respective parties that Plaintiff's time to submit opposing affidavits and answering memoranda to Defendant's motion to dismiss and compel arbitration, or alternatively, to stay action (Dk. 4) shall be extended to November 30, 2007.

Dated: November 1, 2007

EPSTEIN BECKER & GREEN, P.C.

By: _____
     James G. Murphy
250 Park Avenue
New York, NY 10177-1211
(212) 351-4847
jmurphy@ebglaw.com
Attorneys for Defendant

GUSRAE, KAPLAN, BRUNO &
NUSBAUM PLLC

By: _____
     Robert L. Herskovits
120 Wall Street
New York, NY 10005
(212) 269-1400
rherskovits@gkblaw.com
Attorneys for Plaintiff

SO ORDERED 11/6/07

_____
Alvin K. Hellerstein, U.S.D.J.

Dated: November __, 2007