USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/27/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
STEVEN S. NOVICK,                                              :     **ORDER TO SHOW CAUSE**
                                                               :
                                        Plaintiff,             :     07 Civ. 7767 (AKH) (KHN)
           -against-                                           :
                                                               :
AXA NETWORK, LLC and AXA ADVISORS,                             :
LLC,                                                           :
                                                               :
                                        Defendants.            :
-------------------------------------------------------------- x
ALVIN K. HELLERSTEIN, U.S.D.J.:

        Plaintiff Steven S. Novick filed his first Amended Complaint on December 18, 2007, asserting that this court has diversity jurisdiction pursuant to 28 U.S.C. § 1332(a). In light of Carden v. Arkoma Associates, 494 U.S. 185, 189-96 (1990) (applying complete diversity rule to partnership) and Keith v. Black Diamond Advisors, Inc., 48 F.Supp. 2d 326, 329-30 (S.D.N.Y. 1999) (applying complete diversity rule to all individual members of limited liability corporation in light of Carden), I order, *sua sponte*, plaintiff to show cause by January 7, 2008 why this case should not be dismissed for lack of subject matter jurisdiction for lack of complete diversity under 28 U.S.C. § 1332(a); Strawbridge v. Curtiss, 7 U.S. (3 Cranch) 267, 2 L.Ed. 435 (1806).

        SO ORDERED.

Dated:    December 27, 2007
             New York, New York

                                                    ALVIN K. HELLERSTEIN
                                                    United States District Judge