Martin Kaplan (MK 6258)
Robert L. Herskovits (RH 2586)
Gusare, Kaplan, Bruno & Nusbaum PLLC
120 Wall Street
New York, NY 10005
(212) 269-1400
mkaplan@gkblaw.com
rherskovits@gkblaw.com
*Attorneys for Plaintiff*
  *Steven S. Novick*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
STEVEN S. NOVICK,                           : **ECF CASE**
                                            :
                             Plaintiff,     : Case No.
                                            : 07 Civ. 7767 (AKH)(KNF)
                                            :
- against -                                 :
                                            : **NOTICE OF MOTION**
                                            :
AXA NETWORK, LLC                            :
and AXA ADVISORS, LLC,                      :
                                            :
                             Defendants.    :
                                            :
------------------------------------------------------------x

PLEASE TAKE NOTICE that, upon the annexed Affidavit of Robert L. Herskovits, sworn to January 2, 2008, and the Declaration of Amianna Stovall, sworn to January 3, 2008, and the exhibits attached thereto, Plaintiff Steven S. Novick., by his undersigned attorneys, will move this Court, before the Honorable Alvin K. Hellerstein, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York 10007, on January 11, 2008 at 9:30 a.m. or as soon thereafter as

counsel can be heard, for an order pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for the displacement of the attorney of record.

Dated: New York, New York
January 3, 2008

                Respectfully submitted,

                GUSARE, KAPLAN, BRUNO & NUSBAUM PLLC
                *Attorneys for Plaintiff Steven S. Novick*

By: _____
                Martin Kaplan (MK 6258)
                Robert L. Herskovits (RH 2586)
                120 Wall Street
                New York, NY 10005
                (212) 269-1400
                (212) 809-5779 – facsimile
                mkaplan@gkblaw.com
                rherskovits@gkblaw.com

TO:

James G. Murphy
Epstein, Becker & Green, P.C.
250 Park Avenue
New York, NY 10177-1211
*Attorneys for Defendants*
   *AXA Network, LLC and AXA Advisors, LLC*