UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN S. NOVICK, | : ECF Case<br>: 1:07-cv-7767 (AKH) (KNF)<br>:<br>Plaintiff,   :<br>:<br>-against-   : **AFFIDAVIT OF**<br>: **ROBERT L. HERSKOVITS**<br>AXA NETWORK, LLC   :<br>and AXA ADVISORS, LLC,   :<br>:<br>Defendants.   :<br>: |

STATE OF NEW YORK     )
                                              ) ss.:
COUNTY OF NEW YORK  )

ROBERT L. HERSKOVITS, being duly sworn, hereby deposes and states that:

1. I am an attorney and member of Gusrae, Kaplan, Bruno & Nusbaum PLLC, attorneys for Plaintiff.

2. I submit this affidavit to effectuate substitution of counsel and in compliance with Local Civil Rule 1.4.

3. Plaintiff has terminated Gusrae, Kaplan, Bruno & Nusbaum PLLC and has engaged Dreier LLP to represent his interests in the above-captioned matter.

4. Gusrae, Kaplan, Bruno & Nusbaum PLLC thus seeks leave to withdraw as counsel in the above-captioned matter.

_____
ROBERT L. HERSKOVITS

Sworn to before me this
2nd day of January 2008

_____
Notary Public

Jason M. Weeks
Notary Public State of New York
No. 02WE6159073
Qualified in New York County
Commission Expires 01/16/2011