Martin Kaplan (MK 6258)
Robert L. Herskovits (RH 2586)
Gusare, Kaplan, Bruno & Nusbaum PLLC
120 Wall Street
New York, NY 10005
(212) 269-1400
mkaplan@gkblaw.com
rherskovits@gkblaw.com
*Attorneys for Plaintiff*
  *Steven S. Novick*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
STEVEN S. NOVICK,                       : **ECF CASE**
                                        :
                                        : Case No.:
                        Plaintiff,      : 07 Civ. 7767 (AKH)(KNF)
                                        :
- against -                             : **DECLARATION OF**
                                        : **AMIANNA STOVALL**
                                        :
AXA NETWORK, LLC                        :
and AXA ADVISORS, LLC,                  :
                                        :
                        Defendants.     :
                                        :
---------------------------------------------------------------x

   AMIANNA STOVALL makes the following declaration pursuant to 28 U.S.C. § 1746:

   1.   I am a member of the firm of Dreier LLP ("Dreier"). I make this declaration in support of plaintiff's motion for the displacement of the attorney of record pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York.

2. Martin H. Kaplan, Esq. and Robert L. Herkovits, Esq. of Gusare, Kaplan, Bruno & Nusbaum PLLC ("Gursare") are currently the attorneys of record in the instant action.

3. As set forth in the accompanying Affidavit of Mr. Herkovits, dated January 2, 2008, plaintiff terminated Gursare and hired Dreier to represent plaintiff's interests herein.

4. Accordingly, Dreier seeks to displace Gusare as plaintiff's attorneys of record.

5. An initial Court Conference pursuant to Rule 16 of the Federal Rules of Civil Procedure is scheduled for January 18, 2008 at 9:30am. The displacement of the current attorney of record for Drier should not delay that conference, nor should it have any substantive impact on the trial readiness of this case.

WHEREFORE, it is respectfully requested that this Court grant Plaintiff's motion for the displacement of the attorney of record in its entirety and award such other relief as it deems just and appropriate.

I declare under penalty of perjury that the foregoing it true and correct.

_/s/ Amianna Stovall_
Amianna Stovall

Executed on January 3, 2008

2