# DREIER LLP

ATTORNEYS AT LAW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/08

Amianna Stovall *Partner*
Direct 212 328 6136
astovall@dreierllp.com

*So ordered*
*1-3-08*
*[signature]*

[Stamp: JAN 03 2008 CHAMBERS ALVIN K. HELLERSTEIN U.S.D.J.]

January 2, 2008

<u>VIA FACSIMILE</u>
The Honorable Alvin K. Hellerstein
Untied States District Judge
United States District Court for the Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007

Re: *Steven S. Novick v. AXA Network, LLC and AXA Advisors, LLC*
    <u>07 Civ. 7767 (AKH)(KNF)</u>

Dear Judge Hellerstein:

In accordance with Rule 1.4 of the Local Rules of the United States District Court for the Southern District of New York, we are in the process of preparing the requisite papers for substituting in as counsel of record for plaintiff in the above-referenced action.

I am also advised that Your Honor *sua sponte* issued an Order to Show Cause, dated December 27, 2007 and returnable January 7, 2008 (the "Order"), requesting plaintiff to show cause why the instant action should not be dismissed for lack of subject matter jurisdiction for lack of complete diversity. *See* attached. We respectfully request an adjournment of that return date to January 14, 2008. Based on our conversations with plaintiff's counsel of record, as well as defendants' counsel, it is our understanding that plaintiff is a resident of Connecticut and, for diversity purposes, the defendant LLCs are residents of Delaware and New York. Accordingly, complete diversity exists. Defendants' counsel has agreed, however, to endeavor to ascertain if that understanding with respect to the members of the defendant LLCs is indeed correct. In light of the foregoing, we respectfully request the above mentioned adjournment of Your Honor's return date. By that time, we fully anticipate that we will have served and filed our motion for substitution of counsel.

The Honorable Alvin K. Hellerstein
January 2, 2008
Page 2 of 2


      No other request for an adjournment has been made with respect to the Order and counsel for defendants has consented to the requested adjournment. The next scheduled date with the Court is January 18, 2007 for a Case Management Conference.

                                        Respectfully submitted,

                                        */s/ Amianna Stovall*
                                        Amianna Stovall


cc:    Robert L. Herskovits, Esq. (*via electronic mail*)
          Counsel of Record for Plaintiff

        James G. Murphy, Esq. *(via electronic mail)*
          Counsel for Defendants



## DREIER LLP
Attorneys at Law

499 Park Avenue
New York, New York 10022
Tel: (212) 328-6100
Facsimile: (212) 328-6101

# FAX Cover Sheet

Date: January 2, 2008

| Name: | Company: | Fax No. | Tel. No. |
|---|---|---|---|
| The Honorable Alvin K. Hellerstein | | (212) 805-7942 | (212) 805-0152 |
| | | | |

**FROM:** Amianna Stovall
**DIRECT DIAL:** 212-328-6136

**MESSAGE:**

No. of Pages (including cover sheet): 4

**If you have any difficulties receiving this transmission, please call (212) 328-6100**

The information contained in this fax is privileged and confidential, and is intended only for the use of the individual(s) named above and others who have been specifically authorized to receive such information. If the recipient is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communique is strictly prohibited. If you have received this communique in error, or if a problem occurs with this transmission, please notify us immediately by phone. Thank you.

{00316481.DOC;}

Case 1:07-cv-07767-AKH    Document 15    Filed 12/27/2007    Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #. _____
DATE FILED: 12/27/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
STEVEN S. NOVICK,                           :    **ORDER TO SHOW CAUSE**
                                            :
                        Plaintiff,          :    07 Civ. 7767 (AKH) (KHN)
    -against-                               :
                                            :
AXA NETWORK, LLC and AXA ADVISORS,          :
LLC,                                        :
                                            :
                        Defendants.         :
------------------------------------------------------------ x
ALVIN K. HELLERSTEIN, U.S.D.J.:

      Plaintiff Steven S. Novick filed his first Amended Complaint on December 18, 2007, asserting that this court has diversity jurisdiction pursuant to 28 U.S.C. § 1332(a). In light of Carden v. Arkoma Associates, 494 U.S. 185, 189-96 (1990) (applying complete diversity rule to partnership) and Keith v. Black Diamond Advisors, Inc., 48 F.Supp. 2d 326, 329-30 (S.D.N.Y. 1999) (applying complete diversity rule to all individual members of limited liability corporation in light of Carden), I order, *sua sponte*, plaintiff to show cause by January 7, 2008 why this case should not be dismissed for lack of subject matter jurisdiction for lack of complete diversity under 28 U.S.C. § 1332(a); Strawbridge v. Curtiss, 7 U.S. (3 Cranch) 267, 2 L.Ed. 435 (1806).

      SO ORDERED.

Dated:    December 27, 2007
            New York, New York

                                                ALVIN K. HELLERSTEIN
                                                United States District Judge