Marc S. Dreier (MD 9713)
Amianna Stovall (AS 3149)
**DREIER LLP**
499 Park Avenue
New York, NY 10022
(212) 328-6136
mdreier@dreierllp.com
astovall@dreierllp.com
*Attorneys for Plaintiff*
   *Steven S. Novick*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
STEVEN S. NOVICK

                        Plaintiff,

- against -

AXA NETWORK, LLC
and AXA ADVISORS, LLC,

                        Defendants.
------------------------------------------------------------x

: **ECF CASE**
: Case No.
: 07 Civ. 7767 (AKH)(KNF)
:
: **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that on behalf of Plaintiff STEVEN S. NOVICK, the undersigned attorneys appear as counsel of record.

PLEASE TAKE FURTHER NOTICE that all pleadings, papers and documents required to be served in this action upon the plaintiff should be served upon the undersigned.

Dated: New York, New York
January 9, 2008

Respectfully submitted,

**DREIER LLP**

By: _____
Marc S. Dreier (MD 9713)
Amianna Stovall (AS 3149)

499 Park Avenue
New York, New York 10022
(212) 652-3890

*Attorneys for Plaintiff*
*Steven S. Novick*


TO:

James G. Murphy
Epstein, Becker & Green, P.C.
250 Park Avenue
New York, NY 10177-1211
*Attorneys for Defendants*
*AXA Network, LLC and AXA Advisors, LLC*