**EXHIBIT C**

# *Delaware*

PAGE  1

### *The First State*

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED ARE TRUE AND CORRECT COPIES OF ALL DOCUMENTS ON FILE OF "AXA NETWORK, LLC" AS RECEIVED AND FILED IN THIS OFFICE.

THE FOLLOWING DOCUMENTS HAVE BEEN CERTIFIED:

CERTIFICATE OF FORMATION, FILED THE FIFTEENTH DAY OF JULY, A.D. 1999, AT 4:30 O'CLOCK P.M.

CERTIFICATE OF MERGER, FILED THE EIGHTH DAY OF MARCH, A.D. 2000, AT 2 O'CLOCK P.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE EFFECTIVE DATE OF THE AFORESAID CERTIFICATE OF MERGER IS THE FIFTEENTH DAY OF MARCH, A.D. 2000.

AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID CERTIFICATES ARE THE ONLY CERTIFICATES ON RECORD OF THE AFORESAID LIMITED LIABILITY COMPANY, "AXA NETWORK, LLC".

3070623    8100H

080005708

You may verify this certificate online
at corp.delaware.gov/authver.shtml

Harriet Smith Windsor
Harriet Smith Windsor, Secretary of State

AUTHENTICATION:  6280591

DATE:  01-03-08

STATE OF DELAWARE
SECRETARY OF STATE
DIVISION OF CORPORATIONS
FILED 04:30 PM 07/15/1999
991292410 – 3070623

## CERTIFICATE OF FORMATION

### OF

### AXA Network, LLC

1.  The name of the limited liability company is AXA Network, LLC.

2.  The address of the registered office in the State of Delaware is Corporation Trust Center, 1209 Orange Street, in the City of Wilmington, County of New Castle. The name of its registered agent at such address is The Corporation Trust Company.


IN WITNESS WHEREOF, the undersigned has executed this Certificate of Formation of AXA Network, LLC this 15th day of July 1999.

By: _____
                  Authorized Person

Name: _____ Stuart L. Faust _____

*114332*

STATE OF DELAWARE
SECRETARY OF STATE
DIVISION OF CORPORATIONS
FILED 02:00 PM 03/08/2000
001118056 - 3070623

# STATE OF DELAWARE

## CERTIFICATE OF MERGER

of

## AXA DELAWARE MERGER CORP.

(Domestic Corporation)

into

## AXA NETWORK, LLC

(Domestic Limited Liability Company)

The undersigned companies organized and existing under and by virtue of the General Corporation Law of Delaware and Limited Liability Company Act of Delaware, respectively,

DO HEREBY CERTIFY:

FIRST:    That the name, jurisdiction of incorporation or formation and state of domicile of each of the constituent corporation and limited liability company of the merger is as follows:

| Name | Jurisdiction of incorporation or formation |
|------|---------------------------------------------|
| AXA Delaware Merger Corp. | Delaware |
| AXA Network, LLC | Delaware |

SECOND:   That an Agreement of Merger between the parties to the merger has been approved, adopted, executed, acknowledged and certified by the constituent corporation in accordance with the requirements of Section 264 of the General Corporation Law of Delaware and by the constituent limited liability company in accordance with the requirements of Section 18-209 of the Limited Liability Company Act of Delaware.

THIRD:    That the name of the surviving company of the merger is AXA Network, LLC, a Delaware limited liability company.

.. 212 247 2882    P.03/07

FOURTH:    That the Certificate of Formation of AXA Network, LLC, a Delaware limited liability company which is surviving the merger, shall be the Certificate of Formation of the surviving company.

FIFTH:    That the executed Agreement of Merger is on file at a place of business of the surviving company, the address of which is 1290 Avenue of the Americas, New York, New York 10104.

SIXTH:    That a copy of the Agreement of Merger will be furnished by the surviving company, on request and without cost, to any stockholder of the constituent corporation or any member of the constituent limited liability company.

SEVENTH:  That the Merger shall be effective on the 15th day of March, 2000, at 2:00 P.M. New York Standard Time.

Dated: March 7th, 2000

AXA DELAWARE MERGER CORP.

By: _____
    Adam R. Spilka
    President and Chief Executive Officer

AXA NETWORK, LLC

By: _____
    Debra Brogan
    President

2

# EXHIBIT D

# business inquiry

**BUSINESS DETAILS:**

| | | |
|---|---|---|
| **Business Name:**<br>AXA NETWORK, LLC | **Business ID:**<br>0727584 | **Business Address:**<br>4251 CRUMS MILL ROAD,<br>HARRISBURG, PA, 17112 |
| **Mailing Address:**<br>4251 CRUMS MILL ROAD,<br>HARRISBURG, PA, 17112 | **Citizenship/State Inc:**<br>Foreign/DE | **Last Report Year:**<br>2007 |
| **Business Type:**<br>Foreign Limited Liability Company | **Business Status:**<br>Active | **Date Inc./Register:**<br>Oct 03, 2002 |
| | | **Commence Business Date:**<br>Oct 03, 2002 |

**PRINCIPALS:**

| **Name/Title:** | **Business Address:** | **Residence Address:** |
|---|---|---|
| JEFFREY GREEN<br>MANAGER | 4251 CRUMS MILL ROAD,<br>HARRISBURG, PA, 17112 | 4 SARATOGA PLACE, CAMP<br>HILL, PA, 17011 |

**IMPORTANT: There are more principals for this business that are not shown here.**

**BUSINESS SUMMARY:**

| **Agent Name:** | **Agent Business Address:** | **Agent Residence Address:** |
|---|---|---|
| C T CORPORATION SYSTEM | ONE CORPORATE CENTER,<br>FLOOR 11, HARTFORD, CT,<br>06103-3220 | NONE |

**OTHER ADDRESSES:**

**Records Address:**

4251 CRUMS MILL ROAD, HARRISBURG, PA, 17112

» View Name History          » View Filing History          » View Shares

[ Cancel ]

**EXHIBIT E**

# Delaware

PAGE 1

### The First State

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED ARE TRUE AND CORRECT COPIES OF ALL DOCUMENTS ON FILE OF "AXA ADVISORS, LLC" AS RECEIVED AND FILED IN THIS OFFICE.

THE FOLLOWING DOCUMENTS HAVE BEEN CERTIFIED:

CERTIFICATE OF FORMATION, FILED THE NINETEENTH DAY OF JULY, A.D. 1999, AT 12 O'CLOCK P.M.

CERTIFICATE OF MERGER, FILED THE FIFTEENTH DAY OF SEPTEMBER, A.D. 1999, AT 11 O'CLOCK A.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE EFFECTIVE DATE OF THE AFORESAID CERTIFICATE OF MERGER IS THE TWENTIETH DAY OF SEPTEMBER, A.D. 1999.

AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID CERTIFICATES ARE THE ONLY CERTIFICATES ON RECORD OF THE AFORESAID LIMITED LIABILITY COMPANY, "AXA ADVISORS, LLC".

3071278    8100H

080005702

You may verify this certificate online
at corp.delaware.gov/authver.shtml

*Harriet Smith Windsor*
Harriet Smith Windsor, Secretary of State

AUTHENTICATION: 6280581

DATE: 01-03-08

212 315 2789     P.03/03

# CERTIFICATE OF FORMATION

## OF

## AXA Advisors, LLC

1.     The name of the limited liability company is AXA Advisors, LLC.

2.     The address of the registered office in the State of Delaware is Corporation Trust Center, 1209 Orange Street, in the City of Wilmington, County of New Castle. The name of its registered agent at such address is The Corporation Trust Company.

IN WITNESS WHEREOF, the undersigned has executed this Certificate of Formation of AXA Advisors, LLC this 19th day of July 1999.

By: _____
Authorized Person

Name: _____
Stuart L. Faust

*114332*

*STATE OF DELAWARE*
*SECRETARY OF STATE*
*DIVISION OF CORPORATIONS*
*FILED 12:00 PM 07/19/1999*
*991295193 - 3071278*

TOTAL P.03

*STATE OF DELAWARE*
*SECRETARY OF STATE*
*DIVISION OF CORPORATIONS*
*FILED 11:00 AM 09/15/1999*
*991385626 – 3071278*

## CERTIFICATE OF MERGER
## OF
## EQ FINANCIAL CONSULTANTS, INC.
## INTO
## AXA ADVISORS, LLC

Under Section 18-209 of the Delaware Limited Liability Company Act and
Section 264 of the Delaware General Corporation Law

FIRST: The name and jurisdiction of formation or organization of each of the constituent entities which is to merge are as follows:

| Name | Jurisdiction of Formation or Organization |
|------|-------------------------------------------|
| AXA Advisors, LLC | Delaware |
| EQ Financial Consultants, Inc. | Delaware |

SECOND: An Agreement and Plan of Merger has been approved, adopted, certified, executed and acknowledged in accordance with Section 18-209 of the Delaware Limited Liability Company Act and in accordance with Section 264(c) of the Delaware General Corporation Law by (i) AXA Advisors, LLC and (ii) EQ Financial Consultants, Inc.

THIRD: The name of the surviving Delaware limited liability company is AXA Advisors, LLC.

FOURTH: The merger of EQ Financial Consultants, Inc. into AXA Advisors, LLC shall be effective on September 20, 1999, at five o'clock p.m. (New York time).

FIFTH: The executed Agreement and Plan of Merger is on file at the principal place of business of the surviving limited liability company. The address of the principal place of business of the surviving limited liability company is 1290 Avenue of the Americas, New York, New York 10104.

- 2 -

SIXTH:  A copy of the Agreement and Plan of Merger will be furnished by the surviving limited liability company, on request and without cost, to any stockholder of EQ Financial Consultants, Inc., and to any member of AXA Advisors, LLC.

IN WITNESS WHEREOF, the undersigned has executed this certificate of merger this _14th_ day of September, 1999.

AXA ADVISORS, LLC

By:  _Linda Galasso_

Linda J. Galasso
Authorized Person and Secretary

115070/v3

**EXHIBIT F**

# business inquiry

**BUSINESS DETAILS:**

**Business Name:**

AXA ADVISORS, LLC

**Business ID:**

0621855

**Business Address:**

1290 AVENUE OF THE AMERICAS, 9TH FLOOR, NEW YORK, NY, 10104

**Mailing Address:**

1290 AVENUE OF THE AMERICAS, 9TH FLOOR, NEW YORK, NY, 10104

**Citizenship/State Inc:**

Foreign/DE

**Last Report Year:**

2005

**Business Type:**

Foreign Limited Liability Company

**Business Status:**

Active

**Date Inc./Register:**

Aug 11, 1999

**Name in State of INC:**

AXA ADVISORS, LLC

**Commence Business Date:**

Aug 11, 1999

**PRINCIPALS:**

**Name/Title:**

ROBERT S. JONES, JR. MANAGER

**Business Address:**

1290 AVENUE OF THE AMERICAS, 9TH FLOOR, NEW YORK, NY, 10104

**Residence Address:**

137 BINGHAM AVE., RUMSON, NJ, 07760

**BUSINESS SUMMARY:**

**Agent Name:**

C T CORPORATION SYSTEM

**Agent Business Address:**

ONE CORPORATE CENTER, FLOOR 11, HARTFORD, CT, 06103-3220

**Agent Residence Address:**

NONE

**OTHER ADDRESSES:**

**Records Address:**

1290 AVENUE OF THE AMERICAS, 9TH FLOOR, NEW YORK, NY, 10104

» View Name History     » View Filing History     » View Shares

Cancel

**EXHIBIT G**

# Delaware

PAGE  1

### *The First State*

I, HARRIET SMITH WINDSOR, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED ARE TRUE AND CORRECT COPIES OF ALL DOCUMENTS ON FILE OF "AXA DISTRIBUTION HOLDING CORPORATION" AS RECEIVED AND FILED IN THIS OFFICE.

THE FOLLOWING DOCUMENTS HAVE BEEN CERTIFIED:

CERTIFICATE OF INCORPORATION, FILED THE NINTH DAY OF AUGUST, A.D. 1999, AT 3:30 O'CLOCK P.M.

AND I DO HEREBY FURTHER CERTIFY THAT THE AFORESAID CERTIFICATES ARE THE ONLY CERTIFICATES ON RECORD OF THE AFORESAID CORPORATION, "AXA DISTRIBUTION HOLDING CORPORATION".

3080697    8100H

080005717

You may verify this certificate online
at corp.delaware.gov/authver.shtml

*Harriet Smith Windsor*
Harriet Smith Windsor, Secretary of State

AUTHENTICATION:  6280598

DATE:  01-03-08

HUG-25-1999   05:25   G. . LLRK. SYS -.                    212 315 2789   P.02/03

# CERTIFICATE OF INCORPORATION

## OF

## AXA DISTRIBUTION HOLDING CORPORATION

1.     The name of the corporation is AXA Distribution Holding Corporation (the "Corporation").

2.     The address of its registered office in the State of Delaware is Corporation Trust Center, 1209 Orange Street, in the City of Wilmington, County of New Castle. The name of its registered agent at such address is The Corporation Trust Company.

3.     The nature of the business and purposes to be conducted or promoted by the Corporation are to engage in, carry on and conduct any lawful act or activity for which corporations may be organized under the General Corporation Law of the State of Delaware.

4.     The total number of shares of stock which the Corporation shall have authority to issue is one thousand (1,000) shares, $.01 par value, common stock.

5.     The name and mailing address of the incorporator is:

| NAME | MAILING ADDRESS |
|------|-----------------|
| Barbara E. Fischer | The Equitable Life Assurance Society of the United States 1290 Avenue of the Americas New York, New York 10104 |

6.     The Corporation is to have a perpetual existence.

7.     In furtherance and not in limitation of the powers conferred by the General Corporation Law of the State of Delaware, the Board of Directors is expressly authorized to make, alter or repeal the by-laws of the Corporation.

8a.     Elections of directors need not be by written ballot unless the by-laws of the Corporation shall so provide.

8b.     Meetings of stockholders may be held within or without the State of Delaware, as the by-laws may provide. The books of the Corporation may be kept (subject to any provision contained in the General Corporation Law of the State of Delaware) outside the State of Delaware at such place as may be designated from time to time by the Board of Directors or in the by-laws of the Corporation

*STATE OF DELAWARE*
*SECRETARY OF STATE*
*DIVISION OF CORPORATIONS*
*FILED 03:30 PM 08/09/1999*
*991330629 – 3080697*

212 315 2789    P.03/03

9.      The Corporation reserves the right to amend, alter, change or repeal any provision contained in this certificate of incorporation, in the manner now or hereafter prescribed by statute, and all rights conferred upon stockholders herein are granted subject to this reservation.

10.     No director of the Corporation shall have any personal liability to the Corporation or its stockholders for monetary damages for breach of fiduciary duty as a director of the Corporation, except (i) for any breach of the director's duty of loyalty to the Corporation or its stockholders, (ii) for acts or omissions not in good faith or which involve intentional misconduct or a knowing violation of law, (iii) under Section 174 of the General Corporation Law of the State of Delaware, or (iv) for any transaction from which the director derived an improper personal benefit.

IN WITNESS WHEREOF, this Certificate has been signed on this 9th day of August, 1999, and the signature of the undersigned shall constitute the affirmation and acknowledgement of the undersigned, under penalties of perjury, that this Certificate is the act and deed of the undersigned and that the facts stated in this Certificate are true.

Barbara E. Fischer
Sole Incorporator

113156

-2-

TOTAL P.03

**EXHIBIT H**

C.O.N.C.O.R.D.

## business inquiry

**BUSINESS DETAILS:**

| | | |
|---|---|---|
| **Business Name:** | **Business ID:** | **Business Address:** |
| AXA DISTRIBUTION HOLDING CORPORATION | 0640873 | NONE |
| **Mailing Address:** | **Citizenship/State Inc:** | **Last Report Year:** |
| ATTN: B FISCHER/12A, 1290 AVENUE OF THE AMERICAS, NEW YORK, NY, 10104 | Foreign/DE | 2007 |
| **Business Type:** | **Business Status:** | **Date Inc./Register:** |
| Stock | Active | Jan 19, 2000 |
| **Name in State of INC:** | | **Commence Business Date:** |
| AXA DISTRIBUTION HOLDING CORPORATION | | Sep 21, 1999 |

**PRINCIPALS:**

| Name/Title: | Business Address: | Residence Address: |
|---|---|---|
| CHRISTOPHER M. CONDRON PRESIDENT | 1290 AVENUE OF THE AMERICAS, NEW YORK, NY, 10104 | 15 E 82ND STREET, NEW YORK, NY, 11530 |
| KEVIN BYRNE TREASURER | 1290 AVENUE OF THE AMERICAS, NEW YORK, NY, 10104 | 33 CRANBERRY STREET, BROOKLYN, NY, 11201 |
| KAREN FIELD HAZIN SECRETARY | 1290 AVENUE OF THE AMERICAS, NEW YORK, NY, 10104 | 300 EAST 54TH STREET, APT. 17A, NEW YORK, NY, 10022 |

**IMPORTANT:** There are more principals for this business that are not shown here.

**BUSINESS SUMMARY:**

| Agent Name: | Agent Business Address: | Agent Residence Address: |
|---|---|---|
| C T CORPORATION SYSTEM | ONE CORPORATE CENTER, FLOOR 11, HARTFORD, CT, 06103-3220 | NONE |

» View Name History　　　» View Filing History　　　» View Shares

[ Cancel ]