# DREIER LLP

ATTORNEYS AT LAW

Amianna Stovall *Partner*
Direct 212 328 6136
astovall@dreierllp.com

January 14, 2008

**VIA HAND DELIVERY**

The Honorable Alvin K. Hellerstein
Untied States District Judge
United States District Court for the Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007

Re: *Steven S. Novick v. AXA Network, LLC and AXA Advisors, LLC*
    07 Civ. 7767 (AKH)(KNF)

Dear Judge Hellerstein:

Enclosed please find a courtesy copy of my declaration, sworn to today, made pursuant to the Court's directive, dated December 27, 2007, to show cause as to why this case should not be dismissed for lack of subject matter jurisdiation.

Respectfully submitted,

Amianna Stovall

[Handwritten note from Judge: "Complete diversity between plaintiff and all defendants, and constituent legal entities of defts, having been shown, jurisdiction is accepted. 1-15-08" signed A.K. Hellerstein]

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 1/16/08]

cc: James G. Murphy, Esq. *(via electronic mail w/o enclosures)*
    Counsel for Defendants