UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| STEVEN S. NOVICK, | ECF Case |
| Plaintiff/ Counterclaim Defendant, | Case No.: 07 Civ. 7767 (AKH)(KNF) |
| - against - | |
| AXA NETWORK, LLC and AXA ADVISORS, LLC, | AMENDED RULE 7.1 STATEMENT OF AXA NETWORK, LLC |
| Defendants/ Counterclaim Plaintiffs. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant/Counterclaim Plaintiff AXA Network, LLC, by its attorneys, Epstein Becker & Green, P.C., provides the following disclosure: AXA Network, LLC is a wholly owned by AXA Distribution Holding Corporation., which is wholly owned by AXA Financial Services, LLC, which in turn is wholly owned by AXA Financial, Inc. AXA Financial, Inc. is not an issuer of publicly traded equity securities but is an issuer of publicly traded debt securities. AXA Financial, Inc. is indirectly, wholly owned by AXA, a *societe anonyme a directoire et conseil de surveillance* (a form of limited liability company) organized under the laws of the Republic of France. AXA shares are listed on the Paris Stock Exchange and on the SEAQ International in London. AXA's American Depositary Shares and American Depositary Receipts are listed on the New York Stock Exchange.

Dated: January 17, 2008

EPSTEIN BECKER & GREEN, P.C.

By: _____
James G. Murphy
250 Park Avenue
New York, New York 10177-1211
(212) 351-4500
jmurphy@ebglaw.com

Attorneys for Defendants/
Counterclaim Plaintiffs

NY:2345462v1