UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
STEVEN S. NOVICK,                           :   ECF Case
       Plaintiff/                      :
       Counterclaim Defendant,         :   Case No.:
                                       :   07 Civ. 7767 (AKH)(KNF)
       - against -                     :
                                       :
AXA NETWORK, LLC                            :   **RULE 7.1 STATEMENT OF**
and AXA ADVISORS, LLC,                      :   **AXA ADVISORS, LLC**
       Defendants/                     :
       Counterclaim Plaintiffs.        :
-----------------------------------x

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant/Counterclaim Plaintiff AXA Advisors, LLC ("Defendant"), by its attorneys, Epstein Becker & Green, P.C., provides the following disclosure: AXA Advisors, LLC is a wholly owned by AXA Distribution Holding Corporation., which is wholly owned by AXA Financial Services, LLC, which in turn is wholly owned by AXA Financial, Inc. AXA Financial, Inc. is not an issuer of publicly traded equity securities but is an issuer of publicly traded debt securities. AXA Financial, Inc. is indirectly, wholly owned by AXA, a *societe anonyme a directoire et conseil de surveillance* (a form of limited liability company) organized under the laws of the Republic of France. AXA shares are listed on the Paris Stock Exchange and on the SEAQ International in London. AXA's American Depositary Shares and American Depositary Receipts are listed on the New York Stock Exchange.

Dated:  January 17, 2008

                                               EPSTEIN BECKER & GREEN, P.C.

                                               By: _____
                                                    James G. Murphy
                                           250 Park Avenue
                                           New York, New York 10177-1211
                                           (212) 351-4500
                                           jmurphy@ebglaw.com

                                           Attorneys for Defendants/
                                           Counterclaim Plaintiffs

NY:2338233v1