# Novick & Co.

Steven S. Novick
Joseph M. Pirrone

May 15, 2009

**VIA OVERNIGHT MAIL**
The Honorable Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007

*[Handwritten note: Time is extend to June 30, 2009. 5-18-09 AKHellerstein]*

Re: Novick v. AXA Network LLC, et ano.
Case No. 1:07-cv-07767 (AKH)(KNF)

Dear Judge Hellerstein:

I apologize for the tardiness of this letter unfortunately it was unavoidable. As a Pro Se Litigant, I was unaware of the Court's rules and was of the belief that if opposing counsel granted me an extension of time to file my opposition papers, this was all that was required. I spoke with the Court this morning, specifically the Pro Se Litigant's Part, who explained to me that only the Court can grant extensions and in reality you have to make application to the Court for this relief. I have spoken with counsel for defendants and explained to them that I needed additional time to file my opposition. I originally requested sixty (60) days, however, they felt it was too long and stated they would only give me two (2) weeks extending my time to May 29, 2009.

I appreciate their courtesy, however, I am still of the belief that I require additional time to file my papers, due to my concerns about discovery issues. However, I am aware that this type of one-sided conversation is not proper, so I will address this issue at another time.

Wherefore, I respectfully request an extension of time to file my opposition papers. I have carbon-copied defendant's attorneys of this letter and attached an affidavit of service as I was told to do so by the Pro Se Litigant's Part.

I thank you for your consideration of this request.

Very truly yours,

Steven Novick

cc: Epstein, Becker & Green, P.C.
    250 Park Avenue
    New York, New York 100177-1211

*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: 5/18/09]*

39 Locust Avenue, Suite 100 New Canaan, CT 06840
Toll Free (866) 451-7999 – Tel: (203) 801-0622 – Fax: (203) 594-1313
Securities offered through Linsco/Private Ledger – Member NASD/SIPC

# Novick & Co.

Steven S. Novick
Joseph M. Pirrone

## AFFIDAVIT OF SERVICE

Steven Novick, being duly sworn, deposes and says, under penalty of perjury:

That on the 15th day of May, 2009, I served the within letter asking for an extension of time to file my opposition papers upon the following:

> Epstein Becker & Green, P.C.
> 250 Park Avenue
> New York, NY 10177

by transmitting the papers by electronic means to the telephone number listed above, which I received a signal from the equipment of the attorney served indicating that the transmission was received.

Service was also made by mailing a true and complete copy thereof by ordinary mail in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the United States Postal Service within the State of New York.

_____
Steven Novick

TRACEY PAYNE
NOTARY PUBLIC
MY COMMISSION EXPIRES: 8/31/2012

39 Locust Avenue, Suite 100 New Canaan, CT 06840
Toll Free (866) 451-7999 – Tel: (203) 801-0622 – Fax (203) 594-1313
Securities offered through Linsco/Private Ledger – Member NASD/SIPC