**EPSTEIN BECKER & GREEN, P.C.**

ATTORNEYS AT LAW
250 PARK AVENUE
NEW YORK, NEW YORK 10177-1211
212.351.4500
FAX: 212.661.0989
WWW.EBGLAW.COM



HOWARD SCHRAGIN
TEL: 212.351.4502
FAX: 212.878.8698
HSCHRAGIN@EBGLAW.COM

August 25, 2009

**VIA HAND DELIVERY**
The Honorable Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007

So ordered
8.27.09
[signature]

Re:  Novick v. AXA Network LLC, *et ano.*
     Case No. 1:07-cv-07767 (AKH)(KNF)

Dear Judge Hellerstein:

We represent the defendants-counterclaim plaintiffs AXA Network, LLC and AXA Advisors, LLC in this action commenced by plaintiff-counterclaim defendant Steven Novick. As requested during the status conference on July 31, 2009, we write to advise the Court of the following briefing scheduled agreed upon by the parties in connection with Plaintiff's anticipated Motion for Leave to File an Amended Complaint:

| | |
|---|---|
| Plaintiff's Motion for Leave to be filed on or before: | September 4, 2009 |
| Defendants' Opposition to be filed on or before: | October 2, 2009 |
| Plaintiff's Reply, if any, to be filed on or before: | October 16, 2009 |

Oral Argument, if required, to be determined by the Court

During the July 31 conference, the Court, recognizing that the current discovery deadline of August 31, 2009 needed to be adjourned, also asked the parties to submit a revised Case Management Order. In light of the proposed scheduling of Plaintiff's motion for leave to amend and the unknown nature of the remaining discovery pending the resolution of that motion, the

Honorable Alvin K. Hellerstein
August 25, 2009
Page 2

parties respectfully request that the August 31 discovery deadline be adjourned but that the execution of a new Case Management Order and setting of new deadlines be stayed until after the resolution of Plaintiff's motion.

Thank you for your consideration of this submission.

Respectfully submitted,

Howard Schragin

cc:     M. Finkelstein, Esq. (via facsimile)

NY:3677541v1