

Michael A. Kalish, Esq.
mkalish@ebglaw.com
Howard Schragin, Esq.
hschragin@ebglaw.com
Epstein Becker & Green, P.C.
250 Park Avenue
New York, New York 10177
(212) 351-4500
*Attorneys for Defendants*

**ECF Case**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

STEVEN S. NOVICK,                 :    1:07-cv-07767 (AKH)(KNF)

           Plaintiff,       :

    - against -                  :

                                          :    **ORDER OF TERMINATION**
AXA NETWORK, LLC,                 :    **OF APPEARANCE OF**
                                          :    **JAMES G. MURPHY, ESQ.**

           Defendant.       :

------------------------------------X

        Defendants AXA Network, LLC and AXA Advisors, LLC ("Defendants"), by and through their counsel, Epstein Becker & Green, P.C. ("EBG"), respectfully request, pursuant to Local Civil Rule 1.4, that the Appearance of James G. Murphy, Esq. as counsel on their behalf be terminated.

        EBG has represented Defendants throughout the pendency of this action and continues to do so. Mr. Murphy appeared in this action while an attorney at EBG by filing a Notice of Appearance on behalf of Defendants on September 21, 2007. Mr. Murphy is no longer associated with EBG and has not continued to represent Defendants in this matter.

This case is currently in the discovery, amendment of pleadings phase and has not been placed on the Court's trial calendar, thus, this withdrawal will not affect the posture of this case.

Dated: New York, New York
September 18, 2009

EPSTEIN BECKER & GREEN, P.C.

By: *Howard Schragin* (signature)
Howard Schragin
250 Park Avenue
New York, New York 10177-1211
(212) 351-4500
hschragin@ebglaw.com
Attorneys for Defendants

**SO ORDERED**

Dated: September ___, 2009

9/25/09 (signature)

- 2 -