**EPSTEIN BECKER & GREEN, P.C.**

ATTORNEYS AT LAW
250 PARK AVENUE
NEW YORK, NEW YORK 10177-121
212.351.4500
FAX: 212.661.0989
WWW.EBGLAW.COM

HOWARD SCHRAGIN
TEL: 212.351.4502
FAX: 212.878.8698
HSCHRAGIN@EBGLAW.COM

November 5, 2009

**VIA HAND DELIVERY**

The Honorable Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007

Re:  Novick v. AXA Network LLC, *et ano.*
Case No. 1:07-cv-07767 (AKH)(KNF)

Dear Judge Hellerstein:

We represent the defendants in connection with the above-referenced matter. We write to respectfully request an adjournment of the status conference currently scheduled for November 20, 2009 at 10:00 a.m. until December 4, 2009 at 10:00 a.m. This adjournment is necessary because counsel for Defendants has a prior existing conflict on that day. Plaintiff's counsel consents to this request.

We thank the Court for its attention to this request.

Respectfully submitted,

Howard Schragin

cc:  M. Finkelstein, Esq. (via facsimile)

So Ordered
11/6/09
[signature] Alvin K. Hellerstein