

**EPSTEIN BECKER & GREEN, P.C.**

ATTORNEYS AT LAW
250 PARK AVENUE
NEW YORK, NEW YORK 10177-1211
212.351.4500
FAX: 212.661.0989
WWW.EBGLAW.COM

HOWARD SCHRAGIN
TEL: 212.351.4502
FAX: 212.878.8698
HSCHRAGIN@EBGLAW.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/09

November 18, 2009

So ordered
11/20/09
[signature]

**VIA HAND DELIVERY**

The Honorable Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007

Re:    Novick v. AXA Network LLC, *et ano.*
Case No. 1:07-cv-07767 (AKH)(KNF)

Dear Judge Hellerstein:

We represent the defendants in connection with the above-referenced matter. We write to respectfully request a two-week extension of time to answer, move or otherwise respond to Plaintiff's Second Amended Complaint from November 20 to December 4, 2009. This extension is necessary so that counsel for Defendants can have additional time to conduct further review and investigation into the allegations set forth in the Second Amended Complaint. This is the first such request for an extension. Plaintiff's counsel consents to this request.

We thank the Court for its attention to this request.

Respectfully submitted,

[signature]

Howard Schragin

cc:    M. Finkelstein, Esq. (via facsimile)

ATLANTA · CHICAGO · HOUSTON · LOS ANGELES · MIAMI · NEWARK
NEW YORK · SAN FRANCISCO · STAMFORD · WASHINGTON, DC

EPSTEIN BECKER GREEN WICKLIFF & HALL, P.C. IN TEXAS ONLY