**United States District Court**
**Southern District of New York**
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 2 1 2009

---------------------------------------------------X
STEVEN NOVICK,
    Plaintiff/Counterclaim Defendant,

                          NOTICE OF APPEAL

-V-

AXA ADVISORS, LLC., and             07-CV-7767 (AKH)(KNF)
AXA NETWORK, LLC.,
    Defendants/Counterclaim Plaintiffs.
---------------------------------------------------X

       Notice is hereby given that Plaintiff/Counterclaim Defendant Steven Novick hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment obtained by Defendants/Counterclaim Plaintiffs in the amount of $561,725.44, entered in this action on the 20th Day of November, 2009.

Dated: December 18, 2009
       Garden City, NY

                                          Michael S. Finkelstein (MF4702)
                                          Finkelstein & Feil, LLP
                                          *Counsel for Plaintiff*
                                          666 Old Country Road
                                          Garden City, NY  11530
                                          Tel.: (516) 280-3660
                                          Fax: (516) 280-3661