# FINKELSTEIN & FEIL, LLP

ATTORNEYS AT LAW

666 Old Country Road, Ste. 210, Garden City, New York 11530

Telephone: (516) 280-3660
Facsimile: (516) 280-3661*

\* Facsimile is not to be used for service of Litigation Papers

January 8, 2010

*Via Facsimile*

The Honorable Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl St., Room 1050
New York, NY 10007

[RECEIVED JAN 08 2010 CHAMBERS OF ALVIN K. HELLERSTEIN U.S.D.J.]

So ordered
1-8-2010
/s/ AKHellerstein

Re:   Novick v. AXA Network LLC and AXA Advisors LLC
      Case No 07-cv-07767 (AKH)(KNF)

Dear Judge Hellerstein:

We represent Plaintiff in connection with the above-captioned matter. We write to respectfully request a two-week extension to Plaintiff's time to reply to Defendants' motion to dismiss.

Defendants' counsel has consented to this request.

We thank the Court for its attention to this request.

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 1/8/10]

Respectfully submitted,

/s/ Michael Finkelstein

Michael Finkelstein

Cc: Howard Schragin, Esq.