

# FINKELSTEIN & FEIL, LLP

ATTORNEYS AT LAW
666 Old Country Road, Ste. 210, Garden City, New York 11530

Telephone: (516) 280-3660
Facsimile: (516) 280-3661*

*Facsimile is not to be used for service of Litigation Papers

December 24, 2010

*Via Facsimile and First Class Mail*

The Honorable Alvin Hellerstein
United States District Court
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York NY  10007-1312

Re: *Novick v. AXA Network, LLC*
Case No. 07-CV-7767(AKH)(KNF)

Adjourned to January 31, 2011 at 3:00 pm. at 12/30/10

Dear Judge Hellerstein:

This law firm represents Plaintiff Steven Novick in the above-referenced matter. By copy of this letter, and in lieu of a more formal motion, please allow this missive to serve as Mr. Novick's request on consent of both parties to reschedule the oral argument currently scheduled for January 5, 2010 on Defendants' motion to dismiss. Please be advised that a copy of same has been contemporaneously served upon counsel in this matter.

As set forth above, oral argument in this matter is currently scheduled for January 5, 2010. Ironically, oral argument on the appeal of the judgment entered in this case is also scheduled for January 5, 2010 in the Second Circuit. It is respectfully requested that the oral argument before this Court be adjourned to a later date so that both counsels can focus on only one argument at a time and devote the necessary time to properly prepare for same.

Therefore, upon consent of both parties, it is hereby requested that oral argument on this matter be postponed.

Thank you for your courtesy and cooperation.

Very truly yours,

Michael Finkelstein

cc: Mr. Michael Kalish, Esq.