UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X   Case No. 07-CV-7767(AKH)(KNF)

STEVEN S. NOVICK

                Plaintiff,

   -against-   **DECLARATION OF**
                                     **MICHAEL S. FINKELSTEIN**

AXA NETWORK LLC,
and AXA ADVISORS LLC

                Defendants.
------------------------------------------------------------X

      MICHAEL S. FINKELSTEIN, an attorney duly admitted to practice before this Court, declares under penalty of perjury, that:

    1.    I am a partner in the law firm of Finkelstein & Feil, LLP attorney for the Plaintiff Steven S. Novick. I submit this declaration I support of Plaintiff Motion to Vacate, For Reconsideration and Reargument, and for Contempt.

    2.    A true and correct copy of all relevant pages from all of the deposition transcripts are annexed to Plaintiff's Motion as Exhibits A-M.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 30, 2012.

                                                                    /s/ Michael S. Finkelstein