UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
STEVEN S. NOVICK,

                Plaintiff,

  -against-

AXA NETWORK, LLC and AXA ADVISORS, LLC,

                Defendants.
------------------------------------------------------------ x

**ORDER**

07 Civ. 7767 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

      As stated on the record during the June 27, 2012, conference, by July 13, 2012, Plaintiff was to provide Defendants with the production numbers of Plaintiff's customer list and a list of ten individuals. By July 27, 2012, Defendants were to provide Plaintiff with all non-privileged emails sent or received by any of the ten listed individuals from June 1, 2006, through December 31, 2008, where one of the email's addressees is included on Plaintiff's customer list. Furthermore, by July 27, 2012, Defendants were to instruct Plaintiff as to the number of audio tapes in Defendants' possession recorded from June 1, 2006, through December 31, 2006, that include any of the ten listed individuals. The parties were then to agree upon a procedure for reviewing and producing the audio tapes, informing the Court as to the agreement in a joint letter.

      Defendants' motion for summary judgment is denied, subject to renewal upon the completion of discovery. The parties shall appear for a conference on September 7, 2012, at 10:00 a.m.

      The Clerk shall mark the motion (Doc. No. 134) terminated.

      SO ORDERED.

Dated:   July 24 2012
           New York, New York

                                          ALVIN K. HELLERSTEIN
                                          United States District Judge