

Handwritten note by Judge: "The lawsuit, having been settled and resolved, and judgments entered, all future court dates are canceled. The Clerk shall close the file. 5.14.18 /s/ AKH"

**EPSTEIN BECKER GREEN**

Attorneys at Law

Aime Dempsey
t 212.351.3764
f 212.878.8600
adempsey@ebglaw.com

RECEIVED MAY 14 2018 CHAMBERS OF ALVIN K. HELLERSTEIN U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/15/18

May 14, 2018

VIA ECF and FACSIMILE

Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Novick v. AXA Network LLC, et ano.
Case No. 1:07-cv-07767 (AKH)(KNF)

Dear Judge Hellerstein:

We represent the defendants-counterclaim plaintiffs-appellees AXA Network, LLC and AXA Advisors, LLC ("AXA") in the above-referenced litigation, which has been tried and appealed and in which the remand of an order awarding attorneys' fees to AXA is now before the Court.

The parties are pleased to submit the enclosed Settlement Agreement and Order, together with a proposed Additional Judgment, both addressing the issue of attorneys' fees remanded by the Second Circuit. The parties respectfully request that the Court so order the Settlement Agreement and Order, and execute the proposed Additional Judgment. If the Court agrees, and executes these documents, the parties' outstanding business before this Court will be concluded. There is now a Court conference scheduled for May 18, 2018 at 10:00 a.m. that the parties view as unnecessary, but leave to the Court's discretion whether or not to cancel that conference.

On another note, please allow me to express the sincere appreciation of both sides and all involved legal counsel for the Court's attention and dedication to this lengthy litigation.

Respectfully submitted,

Aime Dempsey

AD/lj/Enclosures

cc: Michael Finkelstein, Esq.